IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:       22-cr-124 NEB/TNL |
| | ) | Date:              September 20, 2022 |
| Abdimajid Mohamed Nur(4), | ) | Courthouse:   Minneapolis |
| | ) | Courtroom:    9E |
| Defendant, | ) | Time Commenced:   2:15 p.m. |
| | ) | Time Concluded:     2:18 p.m. |
| | | Time in Court:         3 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: 9/13/2022         Offense: wire fraud conspiracy; wire fraud; conspiracy to commit money laundering; money laundering;

X Advised of Rights

on    X Superseding Indictment


**X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD for:
   X Arraignment hrg


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                          s/jam
                                                                         Signature of Courtroom Deputy