1      UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
2

3      ------------------------------------------------------------
                                       )
       United States of America,       ) File No. 22-cr-124
4                                      )            (NEB/TNL)
              Plaintiff,               )
5                                      )
       v.                              )
6                                      ) **A.M. SESSION**
       Abdiaziz Shafii Farah(1),       ) Courtroom 13W
7      Mohamed Jama Ismail(2),         ) Minneapolis, Minnesota
       Abdimajid Mohamed Nur(4),       ) Friday, May 31, 2024
8      Said Shafii Farah(5),           ) 8:29 a.m.
       Abdiwahab Maalim Aftin(6),      )
9      Mukhtar Mohamed Shariff(7),     )
       Hayat Mohamed Nur(8),           )
10                                     )
              Defendants.              )
11     ------------------------------------------------------------

12            BEFORE THE HONORABLE NANCY E. BRASEL
           UNITED STATES DISTRICT COURT DISTRICT JUDGE
13

14        **JURY TRIAL PROCEEDINGS - VOLUME XXVII OF XXX**

15

16

17

18

19

20     Court Reporter:        LYNNE M. KRENZ, RMR, CRR, CRC
                              United States Courthouse, Suite 146
21                            316 North Robert Street
                              St. Paul, Minnesota 55101
22
                                   *   *   *
23

24        Proceedings recorded by mechanical stenography;
       Transcript produced by computer.

25                                 *   *   *

```
 1    APPEARANCES:

 2      For Plaintiff:          UNITED STATES ATTORNEY'S OFFICE
                                BY:  JOSEPH H. THOMPSON
 3                                   HARRY JACOBS
                                     MATTHEW S. EBERT
 4                                   CHELSEA A. WALCKER
                                     DANIEL W. BOBIER
 5                              600 United States Courthouse
                                300 South Fourth Street
 6                              Minneapolis, Minnesota 55415

 7      For Defendant           BIRRELL LAW FIRM PLLC
        Abdiaziz Shafii         BY:  ANDREW S. BIRRELL
 8      Farah(1):                    IAN S. BIRRELL
                                333 South Seventh Street, #3020
 9                              Minneapolis, Minnesota 55402

10      For Defendant           SIEBEN & COTTER PLLC
        Mohamed Jama            BY:  PATRICK L. COTTER
11      Ismail(2):              105 Hardman Court, #110
                                South St. Paul, Minnesota 55075
12
        For Defendant           SAPONE & PETRILLO LLP
13      Abdimajid Mohamed       BY:  EDWARD V. SAPONE
        Nur(4):                 40 Fulton Street, 17th Floor
14                              New York, New York 10038

15      For Defendant Said      MASLON LLP
        Shafii Farah(5):        BY:  STEVEN L. SCHLEICHER
16                                   CLAYTON CARLSON
                                225 South Sixth Street, #2900
17                              Minneapolis, Minnesota 55402

18      For Defendant           KOCH & GARVIS
        Abdiwahab Maalim        BY:  ANDREW S. GARVIS
19      Aftin(6):               3109 Hennepin Avenue South
                                Minneapolis, Minnesota 55408
20
        For Defendant Mukhtar   GOETZ AND ECKLAND P.A.
21      Mohamed Shariff (7):    BY:  FREDERICK J. GOETZ
                                     ANDREW H. MOHRING
22                                   KAITLYN C. FALK
                                615 First Avenue NE, #425
23                              Minneapolis, Minnesota 55413

24

25
```

1     <u>APPEARANCES (Continued)</u>:

2      For Defendant Hayat          BRANDT KETTWICK DEFENSE PLLC
       Mohamed Nur(8):              BY:  MICHAEL J. BRANDT
3                                         NICOLE A. KETTWICK
                                   2150 Third Avenue, #210
4                                  Anoka, Minnesota 55303

5      Court Reporters             Lynne M. Krenz, RMR, CRR, CRC
                                   United States Courthouse
6                                  Suite 146
                                   316 North Robert Street
7                                  St. Paul, Minnesota 55101

8

9                                       *    *    *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**I N D E X**</u>

PAGE

CLOSING ARGUMENT BY MR. THOMPSON                        5
CLOSING ARGUMENT BY ANDREW BIRRELL                     81
CLOSING ARGUMENT BY MR. COTTER                       6467

1            **IN OPEN COURT**

2        **(JURY PRESENT/JURY NOT PRESENT)**

3            THE COURT:  Members of the public, I'll just

4    remind you that if you don't have permission from the Court

5    to have your electronic devices on.  That they should be

6    turned all the way off.

7            Members of the jury, you have now heard all of the

8    evidence in the case and, therefore, it's time for closing

9    arguments in the case.  The government will proceed first.

10           Mr. Thompson, you may proceed.

11           MR. THOMPSON:  Thank you, Your Honor.

12                    **CLOSING ARGUMENT**

13           MR. THOMPSON:  In the spring of 2020 the world

14    changed.  It's hard to remember now.  It's been four years.

15    But in many ways it feels like a lifetime ago.  I'm going to

16    ask you all to take a moment with me.  A moment to remember.

17           Remember how in early 2020, in January, February,

18    and March we started hearing whispers about a new disease.

19    They called it a Coronavirus.  Then COVID-19.  It started

20    far away.  First in China, then Seattle, and New York.  A

21    case then popped up in Minnesota.  Then ten.  Then a

22    hundred.  Soon it was everywhere.  Suddenly almost within an

23    instant the world changed.  In many ways, the world stopped.

24    Stores closed.  People stopped going to work.  Kids stayed

25    home from school.  Busy streets became ghost towns.  An eery

Opening - Thompson

1       silence settled over the world.

2              It was our kids who in many ways had it the

3       hardest.  Five-year-olds needed to learn.  Eight-year-olds

4       wanted to play baseball.  Middle schoolers just wanted to be

5       with their friends.  And high schoolers missed out on

6       once-in-a-lifetime experiences.  Sports games.  Band

7       concerts.  School plays.  Prom.  Graduation ceremony.  It

8       all stopped.  Suddenly.  Unfairly.

9              Those of you who have kids might remember.  First

10      you would stay at home for a few days.  Then a week.  Then

11      months.  The isolation set in.  Kids need friends.  They

12      need to learn and to grow.  And at the most basic level,

13      they need to eat.  For many kids school provides so many or

14      even all of those needs.  Times were uncertain.  People were

15      scared.  We were vulnerable.

16             Now as with any vulnerable time, there were people

17      who took advantage.  Who exploited it.  People who sold fake

18      N95 masks.  People who peddled bogus COVID cures.  People

19      who applied for fraudulent PPP loans.  People who saw an

20      opportunity in the crisis.  An opportunity to take advantage

21      of the vulnerability of others.

22             That, Ladies and Gentlemen of the Jury, is what

23      this case is about.

24             This case is about a group of defendants who took

25      advantage of a time of extraordinary, even unprecedented,

Closing - Thompson

1    vulnerability to steal money, taxpayer money, meant to feed

2    children.

3              Rather than step up to help others in their time

4    of need, the defendants helped themselves.  While everyone

5    else was trying to flatten the curve, the defendants were

6    trying to fatten their wallets.

7              Ladies and gentlemen, this was a scheme of

8    extraordinary proportions.  Both in terms of tens of

9    millions of dollars stolen and also in terms of the sheer

10    brazenness of the fraud scheme.

11              Now you've heard a lot over the past month about

12    the defendants' scheme.  The fake meal counts.  The

13    ridiculous fake rosters.  You've seen the massive checks and

14    the invoices for millions of dollars.  You've seen the

15    houses and the cars that they bought.  You've seen their

16    text messages about splitting up the pot, the proceeds of

17    their crime.  You've seen the millions of dollars that they

18    sent abroad.  And we're going to talk about all that this

19    morning.

20              But before we do, I want to put this crime in its

21    proper context because this case has taken us far, far

22    afield from what the Federal Child Nutrition Program was

23    meant to be.  And I want to start by reminding us all what

24    the Federal Child Nutrition Program is all about.  It's a

25    program designed to make sure kids are fed healthy and

 1    nutritious meals.

 2              The two programs at issue in this case, the Child

 3    and Adult Care Food Program and the Summer Food Service

 4    Program are designed to make sure kids receive meals during

 5    the times when they're not in school.  After the school day

 6    ends when they're in after school programs.  During the

 7    summer months when school's not in session.

 8              Now as you've heard during this trial, these

 9    programs were designed to supplement and enrich educational

10    programs, such as after school programs and summer school.

11    They were designed to provide meals to children.  Meals.

12    Not groceries.  Not bags of onions and potatoes.  Meals that

13    were ready to eat.

14              As you heard, this is important because these --

15    these programs were designed to provide meals for children.

16    It was a program for children.  And children often don't

17    know how to cook or have access to kitchens.

18              As you heard, these meals were supposed to be

19    served as part of an educational program.  That was the

20    purpose of the program.  It wasn't a get-rich-quick scheme

21    for restaurants or vendors.  It was a program for children.

22              I don't want that to get lost here because there

23    hasn't been a lot of talk about children during this trial.

24    Days have gone by without any discussion or even mention of

25    kids, children.  Despite the 18 million meals that the

 1    defendants claimed to serve to children, we heard very

 2    little about the kids.  That's what the program is about,

 3    kids.

 4            For that reason, the Federal Child Nutrition

 5    Program relies on educators.  People like Emily Honer, the

 6    MDE employee, Minnesota Department of Education.

 7            As you may recall, Ms. Honer testified at the

 8    beginning of the trial.  She talked about how MDE

 9    implemented waivers in the early days of COVID.  Waivers

10    designed to make sure that the programs had the flexibility

11    to ensure kids were fed even when they weren't going to

12    school in person.

13            She told you about the efforts she and her

14    colleagues took to make sure that the program was flexible

15    and that children were fed.  And she told you about the

16    efforts that she and her colleagues took to reign in those,

17    like the defendants, who sought to take advantage of that

18    flexibility and those waivers to commit fraud.

19            You also heard from people like Bill Menozzi from

20    the Shakopee Public School District.  He told you about how

21    he and his colleagues continued to feed kids during COVID.

22    How they went out to apartment complexes and offered school

23    -- offered meals to apartments and at schools.  Meals for

24    kids.  Making sure that the kids that in his district, the

25    Shakopee district, got the meals that they needed.

1          And he told you how what an honor it was for him

2     to do so.  How it helped him to better connect with and

3     understand children in his district.  That's what the

4     program was about.  Not money, cars, becoming millionaires.

5          Sadly, this case doesn't involve educators or

6     public servants like Emily Honer or Bill Menozzi.  It

7     doesn't involve people who stepped up to help children in

8     need or people who wanted to serve during a time of crisis.

9     It involved people who took advantage of a crisis, an

10    unprecedented crisis, to enrich themselves at the expense of

11    others.

12          So let's talk about how they did that.

13          This is Empire Cuisine & Market.  A small

14    storefront and market located in a strip mall in Shakopee.

15          As you heard during the trial, Abdiaziz Farah and

16    Mohamed Ismail created Empire Cuisine & Market.  They

17    registered the company on April 1st, 2020.  The very

18    beginning of the COVID pandemic.

19          A couple weeks later they applied to participate

20    in the Federal Child Nutrition Program.  At the time their

21    company didn't even have a bank account.

22          They opened a number of sites in Shakopee like The

23    Landing.  They claim to be serving hundreds of kids a day at

24    these sites.

25          The Landing, as you recall, it used to be called

1    Murphy's Landing.  It's down in Shakopee.  It's the Hennepin

2    Parks -- the Three Rivers Parks District.  And you heard how

3    the defendants submitted claims that they were serving meals

4    to 300 kids a day.  In all, nearly 100,000 meals for which

5    they claim to be entitled to more than $300,000 in Federal

6    Child Nutrition Program money, taxpayer money, meant to feed

7    kids.

8         You also heard from employees of The Landing who

9    worked with the Three River Parks District, like Bill

10   Walker, who said, I didn't see any meals being served at The

11   Landing.  I don't believe that would be possible.  The Park

12   District knew nothing about this.  They saw nothing.  No one

13   asked.  Didn't happen.

14        You heard about a site purportedly run at

15   Huntington Park Apartments in Shakopee where the defendants

16   claimed in a single month to have served 30,000 meals, for

17   which they claimed to be entitled to more than $70,000 in

18   Federal Child Nutrition Program funds.

19        But you heard from Gretchen Hawk, who lived and

20   worked at Huntington Park.  She explained to you how she

21   didn't have a lot of money.  She would have loved to have

22   taken advantage of meal services at the Huntington Park

23   Apartments.  And, in fact, she did, the one time food was

24   distributed there.  But it wasn't by the defendants, it was

25   by -- from Pastor John, a pastor at the local church who had

1    come by regularly to pray with the residents as part of his

2    mission.  Gretchen Hawk took food from Pastor John that day

3    and generally her kid would get food from the local public

4    school district, at the school nearby a couple blocks away.

5            Like I said, the defendants opened six or seven

6    sites around Shakopee.  And you heard from Bill Menozzi from

7    the school district, and he explained how the school

8    district continued to deliver meals and serve meals during

9    the COVID pandemic, including at many of the same sites

10   where the defendants claimed to be serving meals.  But they

11   weren't serving meals there, the Shakopee Public School

12   District was.  They were just claiming money for it.

13           Now, ladies and gentlemen, as you heard from Emily

14   Honer and others, at some point MDE became concerned.  They

15   saw Empire and other for-profit restaurants opening more and

16   more sites claiming to be serving meals to increasing number

17   of children.  First hundreds a day and then thousands of

18   children a day.  They claim to be entitled to more and more

19   reimbursements under the program.

20           As Ms. Honer explained, she and her colleagues saw

21   a number of new entities created.  Register with the

22   Secretary of State, immediately enrolled in the program, and

23   quickly claiming to be serving meals to 2,000 or more kids

24   everyday.  So MDE tried to crack down.

25           And as you heard in October of 2020, MDE made a

1    new rule, along with the USDA, and they said for-profit

2    restaurants couldn't participate in the program in that way.

3    They couldn't open sites.  Only nonprofits could do so.  And

4    that's because, again, this program wasn't designed to make

5    people wealthy.  It was designed to feed kids.  It was a

6    reimbursement program.  A program designed to make sure the

7    kids would get fed and the federal government subsidized it.

8            So did Abdiaziz Farah and Mohamed Ismail stop in

9    October of 2020 when that rule changed?  Did they shut down

10   their sites all over Shakopee?  Did they go back to running

11   their market?  They did not.  Instead, as you heard and as

12   you saw, they started doing business with a nonprofit

13   company called ThinkTechAct that also did business under the

14   name Mind Foundry.  A company created and controlled by a

15   guy Mahad Ibrahim.

16           And as you heard, ThinkTechAct had been inactive.

17   It was a nonprofit, educational company but it had been

18   dormant.  It hadn't had any deposits in a account for a

19   couple years.

20           But in late 2020, ThinkTechAct, Mahad Ibrahim,

21   started working with Abdiaziz Farah and Mohamed Ismail to

22   open sites, these Empire sites, in the name of ThinkTechAct.

23   And they opened site, after site, after site.  Ultimately 50

24   sites.  All over the State of Minnesota.  Not just in

25   Shakopee, Bloomington, Burnsville, Minneapolis, Circle

 1    Pines, Lexington, St. Cloud, Willmar, Owatonna, Faribault.

 2    Sites all over the State of Minnesota.  Where ultimately

 3    they claimed to have served more than 18 million meals in

 4    the course of about a year, for which they claim to be

 5    entitled more than $49 million in Federal Child Nutrition

 6    Program funds.  ThinkTechAct alone received more than

 7    $20 million.

 8         You heard about some of these sites, these new

 9    sites, that were opened under the name of ThinkTechAct and

10    Mind Foundry.  Like Tot Park, a site in Circle Pines,

11    Lexington.  You heard how that site was actually under

12    construction at the time, but the defendants claimed to be

13    serving meals to 2,506 kids a day, every day.  Month, after

14    month, after month.  Exactly 2,506 children.  In all, in

15    little Lexington, Minnesota, a small suburban city in the

16    northern outreaches of the Twin Cities, they claim to have

17    served more than half a million meals for which they claim

18    to be entitled and received more than $1.2 million in

19    Federal Child Nutrition Program funds.

20         And of course you heard from someone, the city

21    administrator from the small town, what did he say?  He saw

22    no such thing.  No one asked to do it.  No one saw it.  That

23    is an absolutely absurd number.  This absolutely did not

24    happen.

25         You heard about the site at Dar al-Farooq in

1    Bloomington where almost immediately after starting on

2    January 1st, 2021, within in a month they claim to be

3    serving 3,500 kids a day.  It's actually 3,500 kids

4    two-meals-a-day, for which in all, more than 1.9 million

5    meals over the course of the year, for which they claim to

6    be entitled to more than -- nearly $5 million in Federal

7    Child Nutrition Program funds.

8            And you heard from a Bloomington Public School

9    District employee, Dinna Wade-Ardley.  You heard stories

10    that this was actually two sites, Dar al-Farooq and Oak

11    Grove Middle School.  And, of course, you heard that that's

12    not okay.  You can't just claim food everywhere.  Set that

13    aside.

14            What did Dinna Wade-Ardley tell you?  That Mukhtar

15    Shariff asked her to send an e-mail or that a friend asked

16    her to send an e-mail purporting to document that these

17    claims were real, these absurd claims.  What did she say?

18    She did it but she felt uncomfortable, she sent an e-mail

19    questioning it.  And she told you, I feel taken advantage

20    of.  I feel the kids were taken advantage of.  3,500 kids a

21    day, now as Dinna Wade-Ardley told you, there's less --

22    there's, like, 9,000 kids in the entire Bloomington Public

23    School District.

24            Think about that.  Day one they claim 2,000, over

25    20 percent, the entire population of the school district.

1    And within a month, more than a third of it.

2              As I said, the defendants claimed to have served

3    more than 18 million meals for which they claim to be

4    entitled to more than $49 million and for which they

5    received more than $40 million.

6              And you saw Abdiaziz Farah and Mahad Ibrahim talk

7    about that money.  In February of 2021 the money started

8    rolling in, cascading into the ThinkTechAct account.  You

9    heard from the forensic accountants.  A bank account that

10    had had no activity for two years suddenly was getting

11    hundreds of thousands of dollars and then millions of

12    dollars a month from MDE.  More than $20 million in ten

13    months from February to December of 2021.

14              And you saw the texts that Abdiaziz Farah and

15    Mahad Ibrahim sent, the WhatsApp messages.  Messages that

16    they sent when they thought no one was looking.  They

17    predicted it right.  "In seven months, if things stay the

18    same, you are a multi-millionaire with zero debt."  They

19    knew what they were doing.  They saw the vulnerability of

20    the program.  They realized that they could take advantage

21    of it and that is exactly what they did.  "Bro, the next

22    multi-legit millionaires will be me and you."  That's what

23    they said.

24              And you heard what Mahad Ibrahim called it.  He

25    said, "The food program is the golden ticket."  That's what

1    he called it.  A golden ticket.  It's not what the program

2    was about.  It's not what it was supposed to be, but that's

3    what they did.

4         Like I said, in that ten-month period more than

5    $21 million in Federal Child Nutrition Program money.  And

6    you look -- you saw these sources and uses and I know you

7    saw a lot of bank records in this case.  You heard from a

8    lot of accountants.  I apologize for that.  That's the

9    nature of the beast.

10        This isn't simple to understand.  No one's bank

11   account looks like that.  No legitimate business looks like

12   that.  In educational nonprofits, bank account does not look

13   like that.  Money essentially came all from two sources,

14   Partners in Nutrition and Feeding Our Future.  All Federal

15   Child Nutrition Program funds.  It's staggering.

16        The numbers, you can get desensitized to them.  We

17   saw check after check for $75,000, $100,000, $150,000,

18   $250,000.  It just doesn't happen.  This is supposed to be

19   an educational nonprofit.  $21 million, almost $22 million

20   in ten months out of nowhere.  Out of the blue.

21        So let's talk about how the conspiracy works.  And

22   I know you saw a lot about it during the trial.

23        First, you saw the fraudulent meal counts again,

24   and again, and again.  We spent, I don't know, hours paging

25   through them.  One after another, after another.  Claiming

1    1,000 kids a day, 1,500 a day.  The same number day, after

2    day, after day.  It's actually crazy and it's -- and, again,

3    you can get desensitized to it.  Just think about it.  Kids

4    get sick.

5            Anyone who's ever had a kid in school knows that

6    kids miss school, they have a cold, they get the flu or, you

7    know, your kid doesn't want to eat school lunch that day.

8    That happens all too often for most parents.  Your kid wants

9    you to pack you a bag lunch because they don't want to eat

10   what's there.  That's true of all kids.

11           And this was during COVID of course.  Every other

12   business on earth had employees calling in sick.  You'd go

13   to a restaurant or a store and they'd say, Sorry, we're

14   closed.  COVID.  People called in sick or they couldn't hire

15   anyone because people didn't want to come to work because

16   they were scared.  They were vulnerable.  They had to take

17   care of parents, grandparents, elderlies, people.  They had

18   to take care of their kids in online school.

19           Not here though.  You saw again and again,

20   identical meal counts, 1,500 a day, 2,000 a day, 1,200 a

21   day, 3,500 a day.  Day after day.  And you saw defendant,

22   after defendant, after defendant.  And we're going to talk

23   about each one of them because there's a lot of defendants

24   in this case.  It's easy to lose track of them.

25           But look at Abdiaziz Farah.  The owner of Empire

1    Cuisine & Market.  He submitted fraudulent meal counts.  You

2    saw them.

3         Mohamed Ismail, his coowner.  His name's on

4    fraudulent meal counts, 1,479 a day.  Samaha.  992 a day,

5    Clifton Townhomes.

6         Abdiwahab Aftin, one of the owners of Bushra

7    Wholesalers who had relatives abroad to whom they were

8    doing -- with whom they invested in Kenyan real estate.  He

9    signed meal counts.

10        Mukhtar Shariff.  His name's on meal counts.  He

11   e-mailed meal counts in, 3,500 a day for his Dar al-Farooq

12   site.  And there were other sites too.

13        And Abdimajid Nur.  His name was on most of them.

14   Hundreds and hundreds -- thousands of pages of meal counts

15   signed by Abdimajid Nur.  And in fact, so many meal counts

16   that he seems to have gotten bored of it, or sick of it, or

17   just overwhelmed by the sheer number of them.  And so he

18   listed his sister, Hayat Nur.  And you saw the e-mail here,

19   Government Exhibit F-6.  He sent her a link to his Goggle

20   drive where he saved all his fraudulent forms and meal

21   counts, invoices.  And he told her, "An easy trick I usually

22   do while doing these.  For all the sites that have the same

23   meal count, like Four Seasons, Lifestyle and so on, after I

24   saved the document, I would just bring up the same document

25   again and just change the site name and make sure to save it

1    as a new document because everything else will be the same.

2    Because it's the same month and the dates don't change.  It

3    will save you so much time!  Let me know if you have any

4    questions."

5        You notice you didn't see a whole lot in this

6    trial.  We went through the e-mails, text messages.  Saving

7    time.  You'd think the time would be serving the meals,

8    logistics, getting employees.  No.  The burdensome part was

9    filling out these fake meal counts.  So much so that they

10    just cut and paste.

11        You also saw the fake rosters.  Now I want to --

12    before I talk about the fake rosters, I want to remind you

13    why those fake rosters existed.  Why they were created.  Why

14    the defendants went to such trouble to make these lists of

15    thousands and thousands of names.  Because remember, the

16    trial's been long, but you heard in October of 2020 MDE

17    tried to get for-profit restaurants out of the program and

18    it didn't work.  Feeding Our Future sued them.  Other --

19    they started -- other companies like Empire just started

20    doing using nonprofits, essentially laundering the money to

21    these nonprofits, just poured through to their for-profit

22    entities.

23        So in March and April of 2021, MDE tried again.

24    They instituted a "stop pay."  Now remember the stop pay,

25    you might have forgotten about it.  The stop pay changed the

1       rules of how the reimbursement program worked.

2              In the past it was essentially an honor system.

3       It worked like your tax refunds.  You submit your tax

4       refund, your tax return, you claim a refund, the IRS pays it

5       out.  They don't vet it first.  They just pay you your

6       refund.  And then later on they audited and make sure it

7       looks good.  At least some portion of them.  That's how the

8       Federal Child Nutrition Program always had worked.  It makes

9       sense.

10             You don't expect a public school district or a

11      small daycare to lie.  The numbers were small, you know,

12      you're serving 30 kids or 45 kids at a daycare and the

13      school districts are professional operations.  But that

14      wasn't working because people like the defendants were

15      taking advantage of it.  So they changed it and they said,

16      we're going to do a stop pay.  We're not going to pay out

17      your claims until and unless you submit supporting

18      documentation.  No longer is just an invoice enough or

19      claims submitted to the CLiCS system enough, we want to see

20      documentation, the meal counts.  In the past you just send

21      them to the sponsor and the sponsor held them.

22             Now MDE wanted to see the meal counts.  They

23      wanted to see the invoices documenting the purchase of food.

24      And they wanted to see the rosters, which were always

25      supposed to exist but MDE in the past only looked after the

1    fact.  Now they wanted them upfront.

2            And so you saw what the defendants did.  What they

3    had to do.  They created fake rosters.  Hundreds of them.

4    And you saw what the investigators did.  They took those

5    fake rosters, and they looked absurd, lists of 3,500 names,

6    and you could look at them and they look silly, and we'll

7    talk about that in a moment, but they didn't -- that wasn't

8    enough.

9            Investigators got a list of the -- in these --

10   each of these sites of all kids that attend school in the

11   public school district and they compared the list on the

12   defendants' rosters to the names of every kid on the

13   district.  Even big districts.  Even Minneapolis with 35,000

14   kids.  They took those 35,000 and they compared them to

15   everyone on the rosters for Minneapolis and Bloomington, and

16   all these other sites too, Circle Pines, Tot Park.  And what

17   did they find? Almost no match.  The names were fake.  None

18   of the kids attended the public school districts.  Some had

19   some names that were real, but some had essentially none and

20   those that were seemed to be a coincidence.

21           And you saw some of the names.  They were absurd.

22   "Getsaname Hester.  Friday Donations.  Britishy Melony.

23   Serious problem.  Rgian Pumqr" with a "q."  Unless you think

24   that's just a one -- a one-off, it wasn't, because those

25   same ridiculous names, as you heard, appeared on roster,

1    after roster, after roster.  Not just for the one roster,

2    but the same names appear on the different rosters for

3    different sites at different times or even the same time.

4          You'd have a kid -- you'd have a kid on a roster

5    purportedly receiving meals at the Bloomington site and also

6    that same day purportedly on a roster -- purporting to

7    document the kid receiving the same meals at a site in

8    Minneapolis and Apple Valley.  And, in fact, those

9    Bloomington roster, the Dar al-Farooq roster that you heard

10   about, 3,500 names on it, 75 percent of the names also

11   appeared in the roster for the Cedar Cultural Center in

12   Minneapolis.  The same names, different roster, same month,

13   different site.

14          And the Apple Valley site too.  75 percent

15   overlap.  The names were fake and they were recycled or they

16   were real and they were recycled.  Because as you heard and

17   you saw in these text messages, the defendants were kind of

18   freaking out about the lack of names.  It's hard to come up

19   with a list of 3,500 names and make it look real.  As we

20   saw, sometimes you get lazy and you put things like "Friday

21   Donations" or "Serious problem."  So what they got, a list

22   of 90,000 names, "Full DOB and everything.  LOL."  They

23   didn't want to miss out.

24          And, again, to take it back to the defendants in

25   this case, because that's what we're here about, you saw

1   defendant, after defendant, after defendant circulate these

2   names.  Mukhtar Shariff sending them to Mahad Ibrahim for

3   Bloomington.

4           Hayat Nur sending it to her brother, Abdimajid.

5           Abdimajid sending list after list, including lists

6   here in the bottom right here to Kara Lomen, the Executive

7   Director of PIN, the person who sponsored their claims,

8   their fraudulent claims.  Giving her false documentation,

9   fraudulent documentation, in support of fraudulent claims

10  for real taxpayer dollars.

11          And, of course, Abdiaziz Farah did as well.

12          You also heard at this trial from Hadith Ahmed.

13  You may have forgotten, he testified weeks ago.  Second of

14  week, I mean, I guess he told us, what did he say?  He

15  worked at Feeding Our Future.  He described how it was

16  crazy.  He was Aimee Bock's right-hand man.  And he said,

17  "It was wild what was going on.  Everyone knew it was

18  fraudulent.  Everyone was getting kickbacks."  And he told

19  you, "We knew the names were fake because they all matched

20  and every week it was the same names.  We didn't say

21  anything.  We let it go."

22          And you heard why he let it go, and we're going

23  talk more about it in a bit, because they were getting

24  kickbacks.  The defendants were paying them kickbacks to

25  look the other way.  Not to look at their sites.  To approve

1    their claims.

2              You also heard about the fake invoices.  You saw

3    them.  You saw how the defendants created them.  Abdimajid

4    Nur, there were texts about them.

5              Here's an invoice for Bushra Wholesalers, a

6    company with which he purportedly has no relationship.  It's

7    Said Farah and Abdiwahab Aftin's company.  And here he's

8    texting an image of a roster that he's creating on his

9    computer for Bushra Wholesalers.  And you can look at it on

10    here, you can see it, it's hard to see, $250,000 for

11    Minneapolis, $250,000 for Faribault.  Half a million dollars

12    in taxpayer funds.

13              What does he ask to Abdiaziz, who also purportedly

14    has no relationship with Bushra?  "Look all right?"

15    Abdiaziz Farah says, "2,000 meals for each site.  May has 31

16    days."  And here you go, he creates the invoice just like

17    that.

18              You saw and you heard about the contents of

19    Abdimajid Nur's Google drive.  This is the drive if you have

20    a Google or a gmail account you can save to, and you saw the

21    contents of it.  Some of the contents of it.  And you saw he

22    had a template for an invoice.  The types of invoices that

23    you later saw submitted to Feeding Our Future, for Empire

24    Cuisines & Market, Mind Foundry Learning Center, Afrique

25    Hospitality Group, the Free Minded Institute, Nur

1    Consulting, LLC, and Bushra Wholesalers.  Each of those

2    invoices, along with dozens more, were found in his Google

3    drive along with that fate -- with that template.  He was

4    creating invoices for all of the defendants' company [sic]

5    because that was his role in this scheme.

6            And they needed those invoices.  And you saw them,

7    Abdimajid Nur would send along e-mails.  You saw many of

8    them.  He'd send links to his Google drive, like this one

9    here, Government Exhibit E-32 that he sends to Said Farah

10    and Abdiaziz Farah.  Links to invoices, meal counts, rosters

11    for this Somalia Community Resettlement site.

12            You saw his sister, who we talked about earlier,

13    Hayat Nur.  She created fraudulent invoices too.

14            You saw in January, the end of the year, they had

15    all these payments going back and forth from Empire Cuisine

16    to these other entities, Bushra Wholesalers, Said Farah, and

17    Abdiwahab Aftin's company.  Empire Enterprises, a company

18    we'll talk about later that Abdiaziz Farah created in April

19    of 2021 to launder and receive proceeds, and others.

20            January 12th, Abdiaziz sends to Hayat and her

21    brother, Abdi, a list of -- a register of invoices.  A list

22    of payments for whom -- for which they needed documentation

23    after the fact going all the way back to February of 2021,

24    ten months earlier.

25            Five hours later, she sends an -- she responds to

1    the e-mail, "Completed invoices."  Forty-seven completed

2    invoices totaling more than $10 million, in one e-mail.

3    That, ladies and gentlemen, is not normal.  That is not how

4    business works.  This is a fraud scheme.

5            Now let's talk about the food.  The defendants

6    have talked a lot about the food that they said they bought

7    and they served and certainly they served some food.  That's

8    not a surprise.  If you're going to commit a -- if you're

9    going to defraud the Federal Child Nutrition Program fund

10    you've got to do something.  Along with your fake invoices

11    and your fake meal counts, your fraudulent rosters, you got

12    to have something to make it look good.  They went to all

13    that other work and so they bought some food and they -- you

14    saw it.  Bags of onions and potatoes.

15            You saw some bags that were handed out.  What do

16    you see?  Dozens of bags?  I think there was one picture of

17    maybe several hundred.  But remember, these sites purported

18    to be serving meals to 2,000 kids, or 1500 kids, or 3,500

19    kids.  You saw nothing anything near that.  It's almost

20    embarrassing.  The photos of people, a dozen bags, that's

21    like 25 bags, maybe 30, 40?  Not 3,500.  Not 2,000.  Not

22    1500.  Nowhere close.  Set aside the fact that they weren't

23    meals, they were bags of produce.  I don't know what kids

24    are going to do with ten onions.

25            And you saw the meal invoices that the defense

1    talked about and we talked about.  And you saw how the same

2    invoices were submitted again and again for multiple sites.

3            Afrique Hospitality was talking about all the food

4    they bought, suggesting that it all went to that Dar

5    al-Farooq site, but of course it didn't.  It went -- there

6    was all these other sites that these invoices were submitted

7    to.

8            Here's one sent to Feeding Our Future, Mahad

9    Ibrahim.  Mukhtar Shariff, sent an e-mail, it's sent to

10   "Claims" at Feeding Our Future.  Claims for the Dar

11   al-Farooq site and the SouthCross in Burnsville.  Thousands

12   and thousands of kids a day purportedly served.  And they

13   have some invoices there.

14           But then you saw literally the next day or the day

15   earlier, Abdiaziz Farah submitted those same invoices, not

16   just one of the same invoices, they're all identical, to

17   Partners in Nutrition in support of meals purportedly served

18   by Empire at other sites.  Dozens of them.  Sites

19   purportedly run by Empire.  Sites in different cities under

20   the sponsorship of a different sponsor, Partners in

21   Nutrition.  The same invoices submitted at the same time to

22   different sponsors, purporting to document the service of

23   different food to different kids at different sites under

24   this -- in different cities under the sponsorship of

25   different agencies.  Invoice after invoice, after invoice.

1           And why did they do that?  Because obviously the

2    math didn't work.  You saw the bank accounts.  Money was

3    being spent on everything else but food.  You'd see, you

4    know, payment for $6,000 worth of food and then a check for

5    $75,000 for consulting or a wire for $200,000 to China or

6    Kenya or $1 million to build a custom home or buy land on

7    Prior Lake.

8           And you also saw Hayat Nur.  You saw that they

9    created not just fake invoices for their entities, they

10   created fake invoices for food.

11          Here on December 21st of 2021, Hayat Nur e-mailed

12   to herself an e-mail called "Master Document",

13   MasterDocument.doc, a Word document.  And attached to it was

14   a Word version of an Afro Produce invoice.

15          Now, Afro Produce is one of the companies from

16   which they bought food.  It's a food vendor.  And what does

17   she say?  "You can edit the master document.  Don't save it

18   as a PDF."  She's creating.  She doesn't work for Afro

19   Produce.  She's purportedly doing work for entities that

20   bought food for Afro Produce.  When you go to Target you

21   don't make your own receipt.  It's fraudulent.  "Don't save

22   it as a PDF because then you can't edit it."

23          And what do we see?  That was December.  Another

24   e-mail a couple weeks later she sends to her brother

25   Abdimajid.  A copy of five Afro Produce invoices purporting

1    to document the purchase of food.  Not normal.  Not what you

2    do.  You don't have to do that if you had actually bought

3    food.  You bought enough food to support the claims.

4              Again, remember, this is about defrauding the

5    program.  The question is here, did the defendants

6    fraudulently claim to be entitled to reimbursements for

7    meals that they did not provide?  It's not a question of

8    whether they fed any kid or any person, not that you saw a

9    single kid in the picture.  Did they -- were their claims

10   fraudulent?  And absolutely they were.  And you know that

11   because you saw fraudulent meal counts, fraudulent invoices,

12   fraudulent rosters.  And you saw them -- their work in

13   progress as they created these.

14             And why'd they do it?  Well, you heard why they

15   did it.  It was lucrative.  More than $40 million.  They got

16   almost $50 million in claims.  They received over

17   $40 million for doing this.

18             And you saw when they texted about the program,

19   what did they text about?  How to split it up.  They called

20   it "The pot."

21             In fact, you heard Hadith Ahmed, he probably

22   described it best, "I think the best way to put it is,

23   Feeding Our Future was like a bank.  You come and you get

24   the money."  You come and you get the money from the bank of

25   Feeding Our Future.

 1          And that is certainly what the defendants did.

 2    You saw their texts.  What do they talk about?  How to split

 3    it up.  $371,000 for Empire Cuisine & Market, the U.S. Bank

 4    account.  Another $689,000 to their Old National Bank

 5    account.  $47,000 to Nur Consulting, Abdimajid Nur's

 6    consulting company.  $289,000 for one check to Bushra

 7    Wholesalers, Said Farah and Abdiwahab Aftin's company.

 8    Another $228,000 to Bushra Wholesalers.  Take them to

 9    Abdiwahab Aftin, one of the owners.  And he said, "Come up

10    with a plan for the balance."  The plan is not, "Let's go

11    buy food", of course.  It's how do we split it up?  How do

12    we split up the pot?

13          And here you go again, June 3rd, 2021.  "What's

14    left after taking from yesterday's deposit?"  Over

15    $1 million.  $500,000 to Empire Enterprises, $248,000 to

16    Empire Cuisine & Market.  "And what's left?"  And then they

17    figure out what's left and then they split it up.  Some to

18    Empire, some to Nur Consulting.  "Get checks from Mahad.  Go

19    pick up the checks.  Give it to Abdimajid."  That's what you

20    saw again, and again, and again.

21          When the defendants talked about, thought about

22    the Federal Child Nutrition Program, unlike Emily Honer and

23    Bill Menozzi, they didn't think about children.  They didn't

24    think about service.  They thought about money.  They

25    thought about splitting up the proceeds.

 1              So let's talk about that money and what they did

 2      with it.  You heard about and you saw evidence of extensive

 3      money laundering by the defendants.  Various entities that

 4      they created and used to launder money.

 5              And there's various types of entities.  Some

 6      purported to be food distribution companies.  Empire

 7      Enterprises created by Abdiaziz Farah and Abdimajid Nur was

 8      on the bank account and used it, which you saw.

 9              Afrique Hospitality Group, the company created by

10      Mukhtar Shariff and Mahad Ibrahim to start a cultural

11      center.  And you saw their own PowerPoint.  From day one,

12      actually day negative seven, it was seven days before they

13      created the company, they talked about funding it with

14      Federal Child Nutrition Program funds.  You don't hear many

15      kindergarten teachers talking about doing stuff like that.

16              Bushra Wholesalers.  The company created by Said

17      Farah and Abdi Aftin in February of 2021.  During the

18      scheme.  Just like Emily told you what she saw.  People

19      started a company, opened a bank account, money flowed in.

20      Purporting to document food.  But as you saw and as we'll

21      discuss, those checks that they received for groceries

22      weren't spent on groceries or food, they were spent on --

23      they were wired abroad.  They were used to buy cars.

24              And then you saw the consulting companies that

25      many of the defendants created.  This is some of them.

1          Abdimajid Nur.  The same day that Empire

2    Enterprises was created by Abdiaziz Farah he created his

3    consulting company, Nur Consulting.  He received over

4    $900,000 in consulting payments for creating those fake meal

5    counts and fake invoices in the course of eight months, from

6    April 2021 to January 2022.

7          Mahad Ibrahim, who had MIB Holdings and, you know,

8    he's one of the conspirators here.  He wasn't on -- he's not

9    on trial today.  He has his day later.  He got over

10   $1 million in consulting payments from Empire, from

11   ThinkTechAct, from Afrique Hospitality Group, from Bushra

12   again and again.

13         Mukhtar Shariff.  We talked about multiple of his

14   companies, including Wadani Consulting.  They got more than

15   $400,000.  You saw the consulting checks.  He got checks

16   from Afrique.  He got checks from Empire Cuisine & Market.

17   He got checks from Empire Enterprises for consulting.  Food

18   money.

19         You saw Government Exhibit M-13ah.  More than --

20   just the Empire Cuisine & Market accounts alone, more than

21   $1.9 million to entities related to the defendants.  These

22   are just the small entities.  I'm not even counting the big

23   ones, Empire Enterprises and Bushra.

24         MIB Holdings, Mahad Ibrahim, more than $900,000.

25   Nur Consulting, more than 400.  Empire Gas & Grocery.  MZ

1    Market, a Mohamed Ismail company.  Mukhtar Shariff has

2    several there.  Again, that's just from Empire Cuisine &

3    Market.  That doesn't count Empire Enterprises, or Afrique,

4    or Bushra.  You saw the checks.

5         Mohamed Ismail personally got more than $2 million

6    from Empire Cuisine & Market.  Think about that.

7    $2 million.  Federal Child Nutrition Program funds.  And you

8    saw he's -- the single biggest output use of those funds was

9    to send nearly $500,000, nearly half a million dollars,

10   abroad.

11        You saw the checks here, checks to Nur Consulting.

12   Abdimajid Nur's company.  $30,000 consulting.  $15,000

13   consulting.

14        Here it says his source is more than $400,000 from

15   Empire Cuisine & Market.  More than $220,000.  Look at those

16   dates, ladies and gentlemen.  It's an eight-month period.

17   April 2021 to January 2022.  More than $900,000.

18        It's like a who's who of fraud-y companies.

19   Empire Cuisine & Market, Abdiaziz Farah and Mohamed Ismail's

20   company.  Bushra Wholesalers, Said Farah, Abdiwahab Aftin.

21   Empire Enterprises.  He's on the account but Abdiaziz Farah

22   started the company.  ThinkTechAct Foundation, Mahad

23   Ibrahim's company, for which Abdiaziz Farah joined the board

24   of directors.  $900,000 in eight months.

25        This is during COVID, ladies and gentlemen, for

1    serving -- purporting -- for claiming to serve meals to

2    children.

3         Mukhtar Shariff, $25,000 from Empire Cuisine &

4    Market.  $80,000 to Nomadic Ventures.  Three's another

5    $80,000 from Empire Enterprises to his various entities.

6         You also saw how the defendants spent their money.

7    Did they split it up?  You know, you split it up to conceal

8    it, you know, you want -- we had forensic -- a team of

9    forensic accountants.  You saw us walk through the bank

10   records.  It was painstaking.  It went on for days.  Because

11   if you just deposit it in your own account it's pretty easy

12   to follow.

13        If you put it as consulting payments, as

14   operations, as food, as groceries, it's harder.  That's what

15   money laundering is.  You're concealing the source, the

16   ownership and control of funds to make it harder for

17   investigators.

18        And you heard Ms. Roase testify about during her

19   investigation, she would see a company that popped up and

20   got multi-millions of dollars in Federal Child Nutrition

21   Program's funds.  And she would look at the Secretary of

22   State records.  She would find that it was just opened.  She

23   would subpoena the bank account.  She would see all the

24   money that was coming from the program and she would see it

25   all go out to these different entities.  Not just to their

1    personal bank accounts, sometimes there too.  Not that

2    that's okay.  But she'd see -- go to these other entities

3    and then she had to subpoena these other entities.  And

4    sometimes it went from entity, to entity, to entity.

5            And you saw us go down the Russian Nesting Dolls

6    of accounts during her testimony from entity, to entity, to

7    entity.  Groceries.  Consulting payments.  And then what

8    would pop up if you'd kept going?  Houses, real estate.

9            Abdiaziz Farah bought a lot.  Two side-by-side

10   lots on Prior Lake down in the south suburbs for more than

11   $1 million for the lots alone.  And then he paid more than

12   $2 and a half million dollars in Federal Child Nutrition

13   Program funds to build a custom home.  From a custom home

14   that he designed it himself along with an architect and a

15   home designer.

16           Mohamed Ismail paid off his mortgage.

17           Abdimajid Nur, buying a house.  Down payment.

18           Mahad Ibrahim was building a custom home for

19   nearly $1 million in Columbus, Ohio where he lived during

20   all this.  For most of it.

21           They bought cars.  A Porsche.  From Empire Cuisine

22   & Market they bought a Porsche for their little market.

23           Tesla.  Trucks.

24           Abdiaziz Farah bought a Porsche and a Tesla.

25           Abdimajid Nur bought multiple cars, including a

1    GMC truck.

2            Hayat Nur bought a car along with her brother.

3    All with food money.  This is money designed to buy food.

4            And they bought these houses, this real estate,

5    and these cars in cash.  In cash.  Who buys a $3-and-a-half

6    million house in cash?

7            You also saw that they sent money abroad.  It

8    wasn't just real estate in Minnesota.  There was a -- there

9    was properties in Kentucky, as you heard about, BBI LLC.

10   Relatives of Mr. Aftin.  An entity down in Kentucky that

11   they laundered money through.  Used to buy real estate down

12   there and property.  Commercial property.

13           But also property abroad and wires abroad.  You

14   saw Bushra Wholesalers, that account.  Money goes in it

15   right away.  It's opened in February.  February 11th of

16   2021.  A few days later they open a bank account.  Money

17   comes in from Empire, purportedly to buy food.  What do they

18   do?  They send it to China.  Multiple.

19           Said Farah also in his personal account gets money

20   from Empire.  Wires it.  $200,000.  So $80,000 from Bushra,

21   $200,000 from China -- or to China, all Federal Child

22   Nutrition Program funds.

23           Empire Cuisine & Market also sent money to China.

24   These tire companies.  To buy tires to ship to East Africa.

25           Mohamed Ismail, money to China to purchase a

1      diesel engine to be shipped abroad.

2              Indeed, if you count them all up here, we walked

3      through most of these, it's more than $2.3 million that was

4      wired to China by the defendants and their entities, Empire

5      Cuisine & Market, Said Farah, Bushra Wholesalers, Empire

6      Enterprises, Mohamed Ismail, to these tire companies and

7      lending companies in China.  Goods that were shipped to East

8      Africa.  Money that was not used to feed kids.  This was

9      money, taxpayer money, designed to reimburse people for

10     feeding kids.  $2.3 million.

11             You also heard about Capital View Properties.

12     This entity in Nairobi run by relatives of Mr. Aftin.  You

13     saw that he was one of the owners, a partner in Capital View

14     Properties.  He wired $200,000 from Bushra Wholesalers.  You

15     see what it says on the wire here?  "Supplies for Bushra

16     Wholesale."  It was not supplies for Bushra Wholesale.  It

17     was to buy an interest in and fund this entity, Capital View

18     Properties, this partnership with relatives, to build a

19     12-story apartment building in Nairobi.  The capitol of

20     Kenya.  City of 5 million people.

21             You saw altogether the defendants who were all

22     involved in this, wired over $900,000 to Capital View

23     Properties to build this apartment in Kenya.

24             And Abdiaziz Farah and Abdimajid Nur, through

25     Empire Enterprises, Bushra Wholesalers, Said Farah and

1      Abdiwahab Aftin, more than $900,000 to buy property.

2             And you saw text message, after text message,

3      after text message where they talked about their real estate

4      investments in Kenya.  And it wasn't just this one, there

5      were others too in other parts of Kenya.  Different

6      neighborhoods in Nairobi and another region in Kenya

7      altogether, sending Federal Child Nutrition Program money to

8      invest in real estate on the other side of the world.

9             Again, let's just take a step back because I think

10     sometimes during this trial I feel like Alice in Wonderland.

11            Remember what this program is?  We talked at the

12     beginning.  We had the people at the beginning, Emily Honer,

13     Bill Menozzi.  This is about feeding kids.  Think about

14     that.

15            Think about someone that runs a daycare, an

16     after-school program, a kindergarten teacher, and then think

17     about this.  And, again, you can get desensitized.  You see

18     these check, after check, after check; house, after house,

19     after house; wire, after wire, after wire.  It's easy to

20     think that's -- to normalize it, to think this -- maybe this

21     is reasonable.  It's not.  This was about feeding kids.

22            All right.  Ladies and gentlemen, you saw a lot of

23     evidence and you've heard a lot about how this scheme

24     worked.  I want to talk now about the charges against the

25     defendants for their role in this scheme to fraudulently

1    obtain Federal Child Nutrition Program funds.  They're

2    charged with an array of crimes.

3              Conspiracy to commit wire fraud.  Wire fraud.

4    Conspiracy to commit federal programs bribery.  Pay

5    kickbacks.  Federal programs bribery counts.  Conspiracy to

6    commit money laundering.  Money laundering.  And making a

7    false statement in a passport application.

8              Let's start with the conspiracy to commit wire

9    fraud.  These are the elements.

10             As the Judge is going to instruct you, the

11   government has to prove each of these elements beyond a

12   reasonable doubt.  Now that's the same burden that applies

13   in every courtroom across the United States.  It's a burden

14   that we welcome, that we embrace, and that we have met.

15   We'll talk about that.

16             So elements here, wire fraud conspiracy, is that

17   two or more people reached an agreement to commit the crime

18   of wire fraud.

19             Because a conspiracy, as the Judge will tell you,

20   it's just an agreement.  If you agree to do something,

21   you're conspiring.  It sounds like a big, nefarious word.

22   It's just a legal term for agreeing to do something or

23   agreeing to commit a crime.

24             Second element is that the defendant voluntarily

25   and intentionally joined in the agreement, either at the

1    time it was first reached or at some later time.  You don't

2    have to have been there at day one.  And to be clear, an

3    agreement doesn't mean you sat down and, like, came up with

4    a contract or all said, let's commit a conspiracy.  No, no,

5    no.  You just agree to do it.  You just start doing it.

6    Start participating in it.  You join in.  That's what it

7    means.  People can have various roles, greater roles,

8    smaller roles.  The whole idea of a conspiracy is you're

9    working together to accomplish something.  And like any

10   organization, like any joint venture, people have different

11   roles.  We're going to talk about those, but it's important

12   to keep in mind.

13           Third, that the defendant -- that at the time the

14   defendant joined in the agreement, he or she knew the

15   purpose of the agreement.  They knew what they were doing.

16   That they were submitting fraudulent claims to obtain

17   Federal Child Nutrition Program funds to which they were not

18   otherwise entitled.

19           And then, finally, while the agreement was in

20   effect someone who had joined in the agreement knowingly did

21   one or more acts for the purpose of carrying it out.  They

22   took a step towards carrying out this scheme.  You know,

23   submitted an application to join the program.  Created a

24   fake meal count, e-mailed a fake meal count and submitted a

25   fraudulent claim and invoice.

1          You might be wondering, What's wire fraud?  It's a

2     big -- a lot of legal words.  And when you get these

3     instructions and sometimes -- lawyers wrote them, so they're

4     wordy.  "The defendant voluntarily and intentionally

5     devised, or made up a scheme to defraud, or participated in

6     a scheme to defraud, with knowledge of the scheme's

7     fraudulent nature."

8          "To defraud another out of money or property by

9     means of material, false representations, or promises."  So

10    what does that mean?  Fraud is just lying to someone to get

11    their money.  That is all.  A white collar prosecutor [sic],

12    and you've seen -- it sounds all fancy, but it's not.  It's

13    lying to someone to get their money.  You lie to someone to

14    get them to pay you money or give you money or to trick them

15    out of money, that's fraud.  Simple as that.

16         You have to have intent to defraud.  You have to

17    be trying to get their money through your lies or through

18    your misrepresentations.

19         And third, that you caused an interstate wire

20    communication, like an e-mail or a wire transfer in

21    furtherance of or an attempt to carry out some step in the

22    scheme.  So you send an e-mail with a fraudulent meal count

23    or a fraudulent invoice.  Something like that.  That's wire

24    fraud.

25         So let's talk about each defendant starting at the

1    top.  Okay?

2         Defendant number one is Abdiaziz Farah.  He's kind

3    of the ringleader of this scheme in some ways.  He was a

4    coowner of Empire Cuisine & Market.  Like I said, he and

5    Mohamed Ismail formed it on April 1st, 2020.  Enrolled in

6    the program a couple weeks later.  And Abdiaziz Farah, like

7    so many of his codefendants, submitted fraudulent meal

8    counts and rosters to Partners in Nutrition, to Feeding Our

9    Future, to get money.  Federal Child Nutrition Program money

10   to which he was not entitled.

11        Submitted fraudulent invoices, as you saw e-mail

12   after e-mail that he sent to Kara Lomen, the Executive

13   Director of Partners in Nutrition, that he sent to Abdimajid

14   Nur, that he sent to Mahad Ibrahim, containing fraudulent

15   invoices, claiming to be entitled to federal money, Federal

16   Child Nutrition Program money, to which he was not entitled

17   because he didn't serve the number of meals claimed.  Simple

18   as that.

19        You heard he created shell companies to receive

20   fraud money, Empire Enterprises.

21        He split the proceeds among his coconspirator.

22   You saw the text messages that he sent with Mahad Ibrahim,

23   with Abdimajid Nur.  Talked about picking up the checks.

24   Talking about splitting up the pot.  How to distribute the

25   money among his various coconspirators, and to his -- and

1    his coconspirators' various entities to conceal their

2    ownership, their control, the source of the funds, to make

3    it look good.

4            You heard how he bought a Tesla, a truck, a

5    Porsche.  And he bought real estate in Minnesota.  Not only

6    that, those lots and that property on Prior Lake, but also a

7    property in Burnsville.  He bought property in Louisville,

8    Kentucky and in Nairobi, Kenya.  All with Federal Child

9    Nutrition Program funds with the proceeds of the fraud

10    scheme.  That was his role.

11            Mohamed Ismail.  Abdiaziz Farah's coowner, his

12    partner at Empire Cuisine & Market.  He created fake meal

13    counts.  We looked at them earlier.  Pocketed more than

14    $2.2 million in fraud proceeds.  He wired over $400,000 in

15    fraud proceeds to China.  He used over $100,000 in fraud

16    proceeds to pay off his mortgage.  He helped pick up checks.

17    He distributed checks.  He received checks.  You saw the

18    text messages.

19            Mahad Ibrahim, who's not on trial here but part of

20    this, so let's talk about him.  Because he's a charged --

21    he's a coconspirator here, even though he's not sitting here

22    at trial today.  You don't have to decide as to him.  But

23    you heard about his role.  He had the nonprofit,

24    ThinkTechAct, also went by the name Mind Foundry.  Operated

25    dozens of Federal Child Nutrition Program sites that really

1       money just flowed through to Empire.  In fact, Abdiaziz

2       Farah even joined the board of directors of ThinkTechAct

3       during this scheme.

4              Mahad Ibrahim, himself, personally in his account

5       got more than $2 million from fraud proceeds.  Bought a

6       house.  Built a custom-built home in Columbus, Ohio where he

7       split his time.

8              You saw he submitted fraudulent invoices, meal

9       counts.  He was in involved in splitting up the money among

10      the coconspirators.  And he used his consulting company.

11      And he, frankly, he used ThinkTechAct to conceal what was

12      going on.  Because, of course, as you heard and remember,

13      starting in October of 2020, Empire couldn't be involved

14      directly.  They had to go through the nonprofit.  And that's

15      why you saw the money flow through ThinkTechAct almost

16      directly to Empire Cuisine.  That's money laundering.

17      You're concealing what you're doing.  MDE said, Empire, you

18      can't do this anymore and said, Aha.  You had to go through

19      a nonprofit.  Oh, we'll show you.  I'll join the board of a

20      nonprofit and we'll just flow it right through.  That's

21      money laundering.

22             You also heard about Abdimajid Nur and you saw how

23      he created and submitted fake meal counts.  Hundreds,

24      thousands of fake meal counts signed as the site supervisor.

25      Again and again, meal counts submitted as a site supervisor

1     for sites all over the State of Minnesota.

2              You saw them on his Google drive.  He created

3     them.  He signed them.  He submitted them.  He e-mailed them

4     around.  He created and submitted the fake invoices.  And

5     you just saw it, they were in his Google drive.  He had the

6     template and he created invoices for company, after company,

7     after company.  ThinkTechAct, Mind Foundry, Empire Cuisine &

8     Market, Empire Enterprises, Afrique Hospitality, Bushra

9     Wholesalers.  He created fake invoices for all of them using

10    his template.

11             He got over $900,000 in consulting payments from

12    these various entities for creating those fake documents.

13    He created his company, Nur Consulting, on April 5th, 2021.

14    The same day that Abdiaziz Farah created Empire Enterprises.

15    You know why they did that.  The money poured in was all

16    Federal Child Nutrition Program funds.

17             And you heard how he used his money.  He bought a

18    car.  He bought a house.  He traveled to the Maldives, a

19    luxury island in the Indian Ocean.  Dubai.  Kenya.  Bought

20    jewelry.  $30,000 worth of jewelry at a store in Dubai.

21             He recruited his sister to join the conspiracy,

22    the scheme, Hayat Nur.

23             Now, you might be wondering about her role in the

24    case and is it lesser.  Yeah, that's how conspiracies work.

25             In fact, you heard during the trial suggestions

1    again and again that, oh, that wasn't my signature.  Oh, I

2    didn't send that.  Oh, I don't know about that.  That's why

3    you have a conspiracy.  That's why you have different people

4    with different roles, to give you plausible deniability.  I

5    didn't sign the meal counts.  I'm not responsible.  I didn't

6    send that e-mail.  I'm not responsible.

7          Hayat Nur played a very important role here, along

8    with her brother, creating these fake invoices.  And, of

9    course, someone in her role has the opposite plausible

10    deniability.  I was just tired.  I just work here.  Someone

11    asked me to do invoices and I created them.  I don't know.

12    They all knew.  Everyone knew.

13          How can you not know when your brother's getting

14    all of a sudden a millionaire?  Buying property in Kenya.

15    Cars.  The idea that people don't know about that is

16    preposterous.

17          And you saw her create fake meal counts.  Her

18    brother showed her how to do it.  Remember that take, "It's

19    easy here to 'save as.'  Keep it as a Word document.  You

20    just find and replace and change the name and meal counts

21    stay the same.  The dates stay the same."

22          You saw her create fake invoices.  Those Afro

23    Produces invoices, the "master document."  That's what she

24    did.  Amazing.  Just think about that.  Creating fake

25    invoices.  This isn't close to the line here.  This isn't

1    something that an employee, just my boss told me to do this.

2    My boss told me to create fake invoices.  Of course it

3    wasn't her boss, it was her brother.  Actually created, as

4    you saw, fake rosters and e-mailed them around.  She created

5    $10 million one e-mail in January.  In a matter of four

6    hours created $10 million worth of backdated invoices in

7    support of the defendant's claims.

8            She got more than $30,000 and she bought a car,

9    along with her brother.  I don't know.  It doesn't really

10    matter.  You notice the element isn't, you get rich,

11    although people did, and certainly her brother did.

12            Let's talk about Said Farah.  As you heard, he

13    created another entity, Bushra Wholesalers.  February 11th

14    of 2021 during the scheme, just like the pattern, started a

15    company, get rich.  He got more than $1 million personally.

16    He created fake invoices.  He paid kickbacks, bribes, to

17    Hadith Ahmed, the Feeding Our Future employee, and we'll

18    talk about those in a minute.

19            He transferred hundreds of thousands of dollars to

20    Kenya and China.  Fraud proceeds.  And you saw his company

21    was used in a very specific way, purporting to be a food

22    distribution company.  Look, we cut a check to Bushra

23    Wholesalers.  They have a warehouse full of food.  Look,

24    it's legitimate.  Within days -- actually some of the checks

25    are, I believe, dated before the company was even created,

1    certainly before it had a bank account.  Money was already

2    rolling in to make it look good.  It was used to launder

3    money to conceal the fraud proceeds to help the scheme.

4           And Abdiwahab Aftin, his partner, Said Farah's

5    partner, coowner of Bushra Wholesalers, that company

6    received and laundered more than four and a half million

7    dollars, by the way, from February 2021 to January of 2022,

8    in what, ten, eleven-month period?  Pretty good new

9    business.

10          Abdiwahab Aftin, as you saw, created, submitted

11   fake invoices.  He was -- his signature is on fraudulent

12   meal counts and he transferred hundreds of thousands of

13   dollars to his relatives in Kenya, to build that 12-story

14   apartment building.  He also transferred money to a relative

15   in Louisville to buy property, Abdifatah Aftin.  Partners in

16   Capital View Properties and other international real estate

17   ventures.

18          And you heard Abdiwahab Aftin.  He's a friend, not

19   just brother of Said Farah.  He was, the immigration

20   sponsored by Abdiaziz Farah.  There's nothing wrong with

21   that.  But what is wrong is committing fraud.  He's working

22   together with friends and family to commit fraud.  That is

23   not okay.

24          Now, Mukhtar Shariff.  Heard a lot about him in

25   his role in this scheme.  He founded Afrique Hospitality

1    Group with others, including Mahad Ibrahim.  He was the

2    chief executive officer of Afrique Hospitality Group.  He

3    purportedly ran the Dar al-Farooq site.  The single largest

4    site that purported to be serving meals, 3,500 kids.  He

5    submitted fraudulent meal counts and rosters.  You talked at

6    length about those e-mails yesterday.  You saw them.  He

7    submitted fraudulent invoices for hundreds of thousands of

8    dollars and ultimately millions of dollars in Federal Child

9    Nutrition Program money.

10            He circulated food invoices that were used for

11    other entities.  You saw Afrique purchases from Sysco and

12    other entities that were reused.  They were used by Afrique,

13    they were used by ThinkTechAct, they were used by Empire

14    Cuisine & Market for different sites.  Sites under the

15    sponsor of Feeding Our Future, including Dar al-Farooq, and

16    dozens of sites under the sponsorship of Partners in

17    Nutrition.  And you also saw all the other checks he got

18    from other entities involved in the scheme to Afrique

19    Hospitality Group.

20            Because as you saw, Afrique Hospitality Group in

21    its own -- in its own PowerPoint, the whole plan before it

22    was even created, was to use the food money to build this

23    event center.  Not okay.

24            And you heard Mukhtar Shariff himself received

25    over a one million dollars in 2021.  One million dollars.

1    You got to think about that.  We've come to be desensitized

2    to the numbers.  One million dollars.

3         Now, I want to talk to you about another

4    instruction the Judge is going to give you.  It's called

5    "Willful Blindness."

6         The defendants have to act knowingly and

7    intentionally in a fraud scheme.  Okay?  It can't be an

8    accident.  Okay.

9         You may find, as the Judge is going to tell you

10   here, "You may find the defendant acted knowingly, if you

11   find beyond a reasonable doubt that he or she believed there

12   was a high probability that a certain set of facts existed

13   and that he took deliberate actions to avoid knowing or

14   learning of those facts.  The knowledge can be inferred if

15   the defendant deliberately closed his or her eyes to what

16   would have otherwise been obvious to the defendant."

17        "A willfully blind defendant is one who takes

18   deliberate actions to avoid confirming a high probability of

19   wrongdoing and who could almost be said to have actually

20   known of the critical facts."

21        Again, when you heard suggestions that, I didn't

22   know, I didn't send that e-mail, I don't know what -- I

23   don't concern myself with that person's business.  Willfully

24   blindness.  You can't just turn a blind eye to the obvious.

25   You can't submit obviously fraudulent, fictitious, fake

```
 1    documents and receive hundreds of thousands or millions of

 2    dollars in exchange for it and say, I didn't know.  I don't

 3    know.  I didn't concern myself with that part of the

 4    business.  You're guilty if you do that.  You can't just

 5    close your eyes to the obvious to avoid responsibility.

 6    That's the wire fraud conspiracy.

 7            So let's talk about the wire fraud.  We talked

 8    about the elements again.  It's just lying to get someone's

 9    money.  Acting with intent to defraud, doing so

10    intentionally, and using an interstate wire transmission in

11    an attempt to further or carry out some step in the scheme.

12            So wire frauds are charged count by count, wiring

13    by wiring.  So let's go through them.

14            Count 2 charges Abdiaziz Farah with the wire

15    fraud.  This is the e-mail that he sent to Kara Lomen and

16    Mohamed Ismail's on here as well.  May 2020 meal counts.

17    There you go.  Meal counts that he submitted to Partners in

18    Nutrition claiming reimbursements fraudulently.

19            Count 3.  Count 1 is the conspiracy.  That's

20    Count 2 of wire fraud.  Count 3 is another wiring from

21    Abdimajid Nur.  An e-mail to Kara Lomen, the Executive

22    Director of Partners in Nutrition.  He copied Mahad Ibrahim

23    and Abdiaziz Farah in June of 2021 with an Empire Catering

24    contract.

25            This is the contract for vended meals.  Contract
```

1       under which Empire Cuisine & Market received Federal Child

2       Nutrition Program money for its fraudulent claims in the

3       summer of 2021.

4              Now, it has to be a wiring if it's interstate.

5       And you heard about that, you may have missed it, but we had

6       various people from the bank, sometimes we would break into

7       testimony and someone from U.S. Bank got up, the Fedwire got

8       up and said, you know, if you send an e-mail -- or gmail --

9       if you send a gmail, it goes through servers located outside

10      the State of Minnesota or if you use the Fedwire system,

11      which is a banking wire system, it has to go through servers

12      located in New Jersey, or Texas or both, actually.

13             U.S. Bank goes through servers in Olathe, Kansas.

14      Wells Fargo servers outside the State of Minnesota.  You

15      heard from each of those people.  I don't think it's really

16      in dispute, but each of these traveled interstate and you

17      heard witnesses testify about that.

18             Count 4.  Abdimajid Nur to his sister, Hayat.

19      This is the e-mail with the consolidated meal counts, a list

20      of numbers, 1,500, 1,000, 500, 500, 500, 500, 1,100, 2,000,

21      2,000, 600, 1,000.  Weird that the kids show up in exactly

22      even numbers.  And, of course, they have an easy trick.  It

23      makes it easier if the numbers are even and all the same.

24      It's more lucrative and it's easier to do.  Just save as.

25             An e-mail that was sent via gmail, traveled

1    through servers outside of the State of Minnesota, and was

2    sent in furtherance of the fraud scheme.  To carry it out.

3    To teach Hayat Nur, his sister, how to do this.  How to

4    create fraudulent meal counts.

5            This one says Count 4, but it's actually Count 5

6    here.  Abdiaziz Farah sends an e-mail to Kara Lomen from

7    PIN.  Abdimajid Nur's on there, Mahad Ibrahim.  "Subject

8    line:  Empire Summer Food July Claim.  Please see attached

9    documents for your reference."  It's July invoice meal

10   counts.  And there's the invoice.  $988,000 for meals

11   purportedly served in July of 2021 by Empire.

12           Now, you may remember this e-mail.  We looked at

13   it at some length and we compared it to an e-mail sent a

14   couple days later to Feeding Our Future, purportedly with

15   the invoices for the Dar al-Farooq site and other sites and

16   they contain the same food invoices submitted to different

17   sponsors for the July claims.  And there they are, the

18   invoices.  Same ones that were submitted elsewhere.  Afrique

19   invoices and Empire invoices.  Same invoices submitted to

20   different sponsors in support of different claims, claiming

21   to have served different kids, at different sites, in

22   different cities, in the same days to different sponsors.

23   That was sent in furtherance of the fraud scheme.

24           Count 6 is an e-mail from Abdimajid Nur to

25   Abdiaziz Farah in August of 2021.  And you see the

1     government exhibits, these L series, L-2, L-3, L-4 of the

2     counts.  You can look at them in the exhibits when you're

3     back there if you like.

4          L-6 corresponds to Count 6.  And there's a site

5     authorization form for the Free Minded Institute.  And we'll

6     talk more about that a little later.  But the Free Minded

7     Institute was created in the fall of 2020.  Opened a bank

8     account.  Enrolled in the program under the sponsorship of

9     Partners in Nutrition.  The company was created by Julius

10    Scarver, essentially the Hadith Ahmed, the right-hand man of

11    Kara Lomen and Kara Lomen's boyfriend.  And every single

12    penny that went into that account was Federal Child

13    Nutrition Program money.  And 97 percent of it flowed to

14    Empire Cuisine & Market.  Just used to launder money.

15         And this authorization form to open up sites in

16    the name of this nonprofit, the Free Mind Institute was sent

17    in furtherance of the fraud scheme.  To carry it out.  To

18    help it along.  And it passed through servers, gmail servers

19    outside the State of Minnesota.

20         Count 7.  October 2021 e-mail from Abdiaziz Farah

21    to Mahad Ibrahim.  The invoice for ThinkTechAct claiming to

22    be entitled to more than $1.6 million.  And this is, again,

23    money flowing.  It's MDE money that flowed to Partners in

24    Nutrition.  That flowed to the nonprofit ThinkTechAct.  And

25    then it gets passed along to Abdiaziz's for-profit entity,

1    Empire Cuisine & Market.  This is not, by the way, the free

2    market at work in a normal way.  That is not what's going on

3    here.  This is laundering.  This is fraud.  And this e-mail

4    was sent in furtherance of the fraud scheme.

5            Count 8.  Government Exhibit L-8 is an e-mail sent

6    by Mukhtar Shariff to claims at Feeding Our Future.  If you

7    recall, this was the e-mail that agents originally searched

8    the Feeding Our Future -- to which all the claims for

9    Feeding Our Future were submitted through this e-mail.

10           Mukhtar Shariff knew about it.  He sent an e-mail

11   about it -- or to it titled, "Claims and Invoice for

12   September 2021."  He blind-copied, Mahad Ibrahim, his CFO at

13   Afrique.  And what's attached?  Meal counts for the Dar

14   al-Farooq site.  3,500-3,600 kids a day.  Site delivery

15   receipt with his name on it.

16           Again, when you see 3,500, they're claiming 3,500

17   breakfast and 3,500 lunch.  So 3,500 kids a day, 7,000 meals

18   a day, times seven days, if you want to do the math that

19   way, 50,000 meals a week.  That's why the invoices got so

20   big.

21           Again, this was a fraudulent claim submitted in

22   furtherance of the fraud scheme.  And this e-mail, by the

23   way, had those rosters attached to it, even the one with

24   insane names like Getsaname Hester, Flavor Doe.

25           The one that had a 75 percent overlap with rosters

1    for Cedar Cultural Center in Minneapolis and the Scott Park

2    Apple Valley site.

3            Count 9, Abdiaziz Farah to Kara Lomen copying

4    again Mahad Ibrahim from ThinkTechAct.  Invoice and total

5    monthly attendance for the TTA sites, the ThinkTechAct

6    sites.  Invoice claiming to be entitled to $1.8 million in

7    Federal Child Nutrition Program's funds for that month.

8            And look at the sites.  I mean, again, you can

9    become desensitized.  Site, after site, after site.

10    Hundreds of thousands of meals they claimed to be serving.

11    That e-mail was sent in furtherance of the fraud scheme and

12    it passed through gmail servers located outside the State of

13    Minnesota.

14            Count 10 is an e-mail that Hayat Nur sent to Kara

15    Lomen, again Executive Director of Partners in Nutrition,

16    copied Abdiaziz Farah.  "December's invoices and total

17    attendance reports."  Look at them all.  And what's

18    attached?  An invoice for $2.1 million from ThinkTechAct to

19    Partners in Nutrition.  $2.1 million in Federal Child

20    Nutrition Program funds claiming to be -- for claiming to

21    have served hundreds of thousands of meals that month to

22    kids at sites all over the State of Minnesota.

23            Count 11 is another e-mail from Hayat Nur to

24    Abdiaziz Farah who copied her brother, Abdimajid Nur.  And

25    you saw that registered e-mail.  The date -- earlier that

1    day, Abdiaziz Farah sent her a list of invoices for which he

2    -- or payments for which he wanted invoices.  And here she

3    creates and sends a series of those invoices, more than

4    $10 million of the invoices backdated all the way back to

5    February of 2021 when these entities were first created.

6          Count 12, you'll see that on January 23rd, 2022,

7    Abdimajid Nur forwards those invoices to Said Farah of

8    Bushra Wholesalers, Abdiaziz Farah's brother.  And why did

9    he do that?  Well, something happened pretty significant

10    between Count 11 and January 12th and Count 12 on

11    January 23rd, and that was the execution of federal search

12    warrants.

13          As you heard, the defendants started working hard.

14    They had to make sure they had have their paperwork in

15    order.  You need the invoices.  It's kind of weird that

16    Abdimajid Nur is sending Bushra Wholesalers invoices to the

17    guy who owns Bushra Wholesalers.  You'd think he'd have

18    that.  And you heard later that he, Abdimajid Nur, created a

19    bunch of consulting contracts between Nur Consulting and

20    Bushra Wholesalers, ThinkTechAct, Empire Enterprises after

21    the fact purporting to document this sham consulting

22    arrangement.

23          Why?  Because the secret was out.  The

24    investigation was over.  All that work they had done over

25    the past year to document their fraud, to paper it up, fake

1    meal counts, fake rosters, fake invoices, they had to make

2    it look good.  They had to keep going.  And they knew now

3    suddenly we're going to need that stuff.  That's Count 12.

4    And that's why that count is in furtherance of the fraud

5    scheme.

6              Make no mistake, this fraud didn't end on January

7    20th.  The payments stopped.  Yes!  MDE stopped paying.

8    Thank God.  After the search warrants happened.  But the

9    defendants' conspiracy, their scheme didn't end.  They kept

10   going.  They tried to hide it.  They tried to conceal it.

11   So those are the wire fraud counts.

12             As you heard, the defendants are also charged with

13   a conspiracy to commit federal programs bribery and I want

14   to talk about that a little bit.

15             The Judge is going to tell you about the elements.

16   What the government has to prove for federal programs

17   bribery.  And, you know, this is Hadith Ahmed and others

18   that got the kickbacks.  You heard all about it.  That's

19   illegal.  You can't pay kickbacks in exchange for getting

20   federal funds.

21             So the elements.  "Two or more people reached an

22   agreement to commit the crime of federal programs bribery."

23   They agreed to do it.  They decided to do it.

24             "That the defendant voluntarily and intentionally

25   joined the agreement either at the time or later."

1    "At the time they joined, the defendant knew the
2    purpose of the agreement.  They knew what they were doing.
3    They knew they were paying kickbacks."
4    "And that while the agreement was in effect, the
5    person who had joined in the agreement," someone who had
6    joined in it, "took a step in furtherance of it."  They did
7    it.  They paid a kickback.
8    And that's exactly what you heard.  Abdiaziz
9    Farah, Said Farah, Mukhtar Shariff, paid kickbacks to
10    Feeding Our Future employee Abdiaziz Ahmed and Ikram Mohamed
11    and to a Partners in Quality Care employee, Julius Scarver.
12    Kara Lomen's boyfriend and right-hand man.
13    They're also charged with various counts, federal
14    programs bribery.  So what is that?  What does it mean?
15    They conspired to commit a crime.  What's the crime?
16    The elements are, "That the recipient of the crime
17    was an agent of a sponsoring entity."  In this case Feeding
18    Our Future or Partners in Nutrition.
19    "That the defendant corruptly gave, offered, or
20    agreed to give something of value in connection with the
21    entity sponsoring the defendants in his or her
22    coconspirators' fraudulent participation in the Federal
23    Child Nutrition Program."
24    What does that mean?  They paid them a kickback to
25    get -- to participate in the fraud, to get special

1      treatment.

2              "That the transaction or transactions involved

3      something of value of $5,000 and more -- or more."

4              "And that the sponsor received benefits in excess

5      of $10,000 in a one-year period, pursuant to the Federal

6      Child Nutrition Program."

7              Well, you heard both Feeding Our Future and

8      Partners in Nutrition got hundreds of millions of dollars in

9      2021 in Federal Child Nutrition Program money.

10             Let's talk about the people who solicited and

11     received the kickbacks.

12             First, Hadith Ahmed.  He testified for some length

13     at this trial, I think it was week two -- several weeks ago

14     now.  Hadith Ahmed was a Feeding Our Future employee.  He

15     was the supervisor of site supervisors, as you may recall.

16             So the site supervisors, in theory, what they're

17     supposed to do is they go out to the sites to make sure the

18     meals are being served.  Make sure the rules are being

19     followed.  There's a good menu.  Not just -- let me be

20     clear, not to just to ensure that the meals are being served

21     because that should be a given, right?  I mean, yes that.

22     But to make sure that the rules are being followed.  That

23     the meals have the necessary components.  That they're

24     healthy.  That they're nutritious.  That they have the five

25     food groups that are a part of it.  Of course, we're such a

1    far cry from that here, but that's what it's supposed to be.

2         And he supervised the various site supervisors for

3    Feeding Our Future.  We have hundreds of sites that they

4    opened up during COVID.  And as you heard, Hadith Ahmed said

5    he and his colleagues took kickbacks.  And why did they take

6    kickbacks?  Why did people pay them kickbacks?  Why kickback

7    money to someone?  And you heard why.  "We were not visiting

8    the sites.  We were all taking kickbacks at the time."  It

9    was crazy.  If you wanted to participate in our Feeding Our

10   Future, you paid them money.  They wouldn't check out your

11   sites.  They'd overlook it.  They'd overlook the fake

12   rosters that they knew were fake.  They knew that the meal

13   counts were fake.  But if you paid them a portion of your

14   fraudulent proceeds, they'd let you do it.

15        And that's Hadith Ahmed did.  He pled guilty to

16   it.  He's cooperating, as you heard.  He's trying to reduce

17   his sentence.  And in hopes that the Judge here will give

18   him a reduced sentence, he agreed here to come and tell the

19   truth.

20        The Judge will decide what happens to Hadith Ahmed

21   and you get to decide his testimony.  And you saw, he was

22   completely consistent with the evidence in this case.  The

23   kickbacks, the scheme, the overlooking.

24        In fact, you saw the defendants talk about him in

25   text messages and they call him a dumb ass.  They're trying

 1    to get sites open in the summer of 2021.  This was coming

 2    out of the stop pay.  They're trying to reopen their sites,

 3    including the biggest sites.  MDE's trying to crack down.

 4    You know, this is, mind you, the summer of 2021.  COVID

 5    started in the spring of 2020, so kids are back in school

 6    now mostly.  Back playing -- doing activities.  Vaccinations

 7    have been rolled out.  And they're trying to get the program

 8    back to what it was, which is supplementing the school lunch

 9    program in the after school formal educational setting and

10    then summer through schools.  Not a boondoggle.

11         And so the defendants are trying to get Feeding

12    Our Future to lean on MDE to try to get their sites back

13    open.  And you can see them here talking about Hadith,

14    talking about Ikram Mohamed.  "Not sure she's better.  Ikram

15    is up front at least and smart."

16         You heard about how Hadith Ahmed solicited

17    kickbacks from lots of people, not just the defendants who

18    they talked about.  Hadith, when they wanted to get

19    something from Feeding Our Future they went to Hadith

20    because he worked there.

21         And you saw, he told you -- he said he had a

22    consulting company that he used like the defendants to hide

23    and conceal his fraud proceeds.  And he's all consulting.

24    And it's like a who's who of fraud-y Federal Child Nutrition

25    Program companies.  And he told you, went through them one

1    at a time, Hope Suppliers is one that he and Abdikerm Eidleh

2    and other Feeding Our Future employees started to defraud

3    the program.  Action for East African People sent -- paid

4    him kickbacks.  Great Lakes, Inc., paid him kickbacks.

5    Action Care.  Bushra Wholesalers, $120,000 to an employee of

6    Feeding Our Future.  Empire Cuisine & Market, $20,000.  Said

7    Farah personally paid him 12 grand.

8           Count 14, is one of those payments from Empire

9    Cuisine & Market.  Abdiaziz Farah to Hadith Ahmed for

10   $10,000 on February 1st, 2021, for consulting.

11          Now again, take a step back.  Think about a

12   school.  A kindergarten teacher.  Someone who serves, a

13   lunch lady.  Have they taken consulting payments $10,000 at

14   a time?  No, they aren't.  Kickbacks are illegal.  Kickbacks

15   are not close to the line.  And there is no reason for them

16   to be paying this kickback to a Feeding Our Future employee

17   except for the obvious one, the $40 million reason.

18          That was on February 1st, Count 14.

19          You see two weeks later Said Farah pays another

20   $12,000 to Hadith Ahmed for a loan.  In two weeks alone they

21   pay him over 20 grand.

22          Count 16.  July 25th, another payment.  This one

23   from Said Farah's company, Bushra Wholesalers, to Mizal

24   Consulting, Hadith Ahmed's shell company for consulting,

25   $65,000.

1          Count 18.  September 9th, 2021, payment from

2     Bushra Wholesalers to Mizal Consulting for $35,000 to Hadith

3     Mahad, Feeding Our Future employee.  As he told you, he

4     wasn't consulting, he was receiving kickbacks.  Some of them

5     were after he left the company.  He was still getting

6     kickback money.  That was how it worked.  "Money flowed

7     freely."  I think he said that.  There was money everywhere.

8          October 11th, 2001, Count 19.  Another $20,000

9     from Bushra Wholesalers to Mizal Consulting.  Hadith Ahmed's

10     company, again, for consulting.  He wasn't a consultant,

11     ladies and gentlemen, as he told you himself.

12          As Hadith told you, there was -- he was not the

13     only person at Feeding Our Future who was soliciting and

14     receiving kickbacks from sites under its sponsorship.  Ikram

15     Yousef Mohamed took over his role in the summer of 2021 as a

16     supervisor of supervisors.  And she received kickbacks for

17     giving the same VIP treatment for looking the other way, for

18     not visiting the sites, for approving obviously fraudulent

19     claims.

20          And you saw, again, they talked about it.  This is

21     in April.  Hadith was still there.  "I hate to bring this

22     back, Hadith, Mahad, Ikram they're not super smart.  Ikram,

23     she eats on all sides.  Feeding Our Future, the sites, she

24     gets payments everywhere but she did all that was requested

25     of her.  After seeing Feeding Our Future, whatever Kara got

1    is a piece of cake."

2              "Eidleh," again who Hadith talked about, Abdikerm

3    Eidleh, another site supervisor.  "I knew it.  Eidleh

4    apparently eats too."

5              Everyone knew they were getting kickbacks.  This

6    wasn't a trade secret.  How could it be?  People were making

7    tens of millions of dollars.

8              And you saw Mukhtar Shariff participate in

9    Count 15.  In June of 2021, he wrote a check for $250,000, a

10   cashier's check from Afrique Hospitality to Ikram Mohamed.

11   It wasn't a loan.  She didn't use it to build a daycare.  It

12   was a kickback, just like the others.

13             You also heard and saw evidence of a kickback to

14   Julius Scarver, the right-hand man of Kara Lomen, an

15   employee of Partners in Nutrition, Hadith Ahmed's

16   counterpart at Partners in Nutrition, as he told you.  Kara

17   Lomen's boyfriend, the executive director.

18             He received kickbacks in exchange for providing

19   the same VIP treatment at Partners in Nutrition.  You heard

20   about that from Hadith Ahmed and you saw it in the form of

21   the Free Minded Institute that he created.

22             You saw how he created it.  Government Exhibit

23   B-12.  He registered this entity with the Secretary of State

24   of in the summer of 2021.  Listed his grandma's house as the

25   address.

1          And then they started billing like crazy.  Some of

2     them before the bank account was even created here.  October

3     11th, $208,000 from the Free Minded Institute to Partners in

4     Quality Care.  From Abdimajid Nur again, who I think have no

5     relationship with the company.  It's not Julius Scarver,

6     it's his company.

7          Abdimajid Nur to Abdiaziz Farah, MFI invoice from

8     September.  Three different sites, including Cedar Cultural,

9     the site that was used in the same roster or mostly the same

10    roster as Dar al-Farooq.

11         And then you saw the checks immediately deposited

12    into the account.  The opening deposit into the account,

13    $172,000 in Federal Child Nutrition Program funds from

14    Julius Scarver's employer, Partners in Nutrition, and from

15    his girlfriend's company.  Signed by Kara Lomen even.

16         There's the chart of feeding -- the Free Minded

17    Institute.  It will look like no other company will ever see

18    again, not that you'll hopefully ever have to look at a

19    Sources and Uses Analysis ever again in your life, but if

20    you do, I promise you it won't look like this.  Company

21    starts October 21st, 2021.  The bank account's open.  In the

22    next four months, $2.5 million deposited into the account.

23    Every single penny from Partners in Nutrition.  Where does

24    it go?  97 percent to Empire Cuisine & Market.  You will not

25    see a better example of money laundering in your life.

1          The rest of the money was spent on walking around

2     money by Julius Scarver.  As you heard, debit card, alcohol,

3     and tobacco, a hotel.  Some of it went to Hayat Nur, who

4     helped do some invoices.  Abdiaziz Farah for some reason

5     took a paycheck.  You'd think the $30 million he got would

6     be enough.

7          And to kick it off, literally, $10,000 kickback to

8     Julius Scarver's, which is Count 17.  They needed him to get

9     these fraudulent claims submitted.  They needed him to open

10    this entity.  They needed him to grease the skids with Kara

11    Lomen.  And that is exactly what he did.

12          Okay.  Let's talk about money laundering here,

13    okay?  The defendants are charged with conspiracy to commit

14    money laundering.

15          "Two or more people reach an agreement to commit

16    the crime of money laundering."

17          "They voluntarily and intentionally agree and join

18    the agreement."  Just like every other one.  They knew the

19    purpose.  And then someone took a step in furtherance,

20    someone did something to carry out the conspiracy.

21          Yeah, so let's talk about what they did.

22          The conspiracy here was to conceal the proceeds of

23    their fraud scheme through the various entities.  And you

24    saw the different entities they created.

25          This is just some of them.  Empire Cuisine &

1    Market.  Empire Enterprises created on April 1st, 2021.

2    Mind Foundry, which laundered as this nonprofit that they

3    needed.  Bushra Wholesalers, created by Said Farah and

4    Abdiwahab Aftin.  The various consulting companies that you

5    saw, and, of course, Afrique Hospitality Group.

6             I want to walk through a few of them specifically,

7    okay?

8             First off, Bushra Wholesalers.  The company

9    created by Said Farah and Abdiwahab Aftin.  They created the

10   company on February 11th, 2021.  They're both listed as the

11   organizers.  Opened a bank account a few days later on

12   February 16th as the two signatories here.

13            Look at that.  Account opened up on February 16th

14   but right away there's a check for food storage for a few

15   days earlier from ThinkTechAct for $100,000 and another

16   $100,000 check from Empire Cuisine & Market dated

17   February 16th, the very day the bank account was open for

18   wholesale products.

19            Did that money go to buy wholesale products?

20   Well, they couldn't have bought the products before, it

21   wasn't open.  No, it was wired to China.

22            They wanted to conceal what they were doing.  One

23   way to do that was ThinkTechAct, your nonprofit, if a

24   nonprofit in the food program wires money to China, that is

25   suspicious, but if it pays 100 grand for food storage,

1    that's less so.  That looks like it could be legitimate.

2    Until you go into the bank records and see that that money

3    flowed to China literally a week later, $80,000.

4             You saw them text about it.  Said Farah and his

5    brother, Abdiaziz, on February 21st he's sending -- two days

6    before the wire transfer Abdiaziz is sending information.

7    Said Farah sends the document from a prior wire he had sent.

8    Again, texting this entity in China, this tire company, and

9    then an invoice.

10            Again, on April 3rd Abdiaziz Farah texts his

11   brother, Said, saying, "Abdimajid -- Abdimajid Nur's going

12   to bring you a $210,000 cashier's check.  $10,000 for you,

13   $10,000 for Abdiwahab.  $190,000.  Please wire.  It's due in

14   Kenya in a couple days."  He reminds him the next day,

15   "$190,000, please.  And I need an invoice made out to Bushra

16   Wholesale."

17            Now, I remind you, Abdiaziz Farah did not work for

18   Bushra Wholesaler.  Said Farah asks for a little bit more

19   detail.  And then what do you see?  They send the invoice

20   for $190,000 to this company in China.  Making it look good,

21   right?  And there's the wire on April 6th, a few days later.

22   $190,000 from Bushra for goods, this company in China.

23            You saw more examples of money laundering by

24   Bushra and how it was used and I'll give at one more example

25   here.  You saw this entity called Manmabuyu, LLC, and Bushra

1    Wholesalers.  Here's an example:  On September 14th of 2021,

2    writes a check for $108,000 -- $118,000 to Manmabuyu, LLC,

3    for groceries, according to the memo line.  Looks good,

4    right, for a food distribution company?  Nothing to see

5    here.

6            Until you look in the Manmabuyu account and you

7    see that money was not used for groceries.  It was used to

8    buy a car from East Side Auto.  $40,000 on that same day for

9    a 2020 Palisade.  And there's the record there.  2020

10   Hyundai Palisade.

11           And then six days later, another $26,000 to East

12   Side Auto with that same Manmabuyu account, using that same

13   money for Bushra Wholesalers, that grocery money, to buy

14   another car, a Honda Odyssey.  That's money laundering.

15   That's what it is.  You're concealing what you're doing.

16   You're using an entity to conceal the source, the ownership,

17   and control of your company, of your money.

18           You heard about Afrique.  I want to talk

19   specifically about Afrique.  You saw what they did.  They

20   were open about it in their PowerPoint, anyway.  "We're

21   going to use the food money to build this event center."

22   It's exactly what they did.

23           This was sent on December 31st, of 2020.

24   January 1st, you saw the claims from Feeding Our Future.

25   Claimed to be serving meals to 2,000 kids a day, the

1    following day.

2        And you saw the checks that poured in from Feeding

3    Our Future, from ThinkTechAct, from Empire Cuisine & Market,

4    from Bushra Wholesalers, from Inspiring Youth and Outreach.

5    Food, food, food, food, food.  That is not how the food

6    money was used.  Not most of it anyway.  It was used to

7    build this dream.  To make the dream a reality, as they put

8    it.  To build this event center with a restaurant, a

9    catering company, a wedding hall, library, art space,

10    business incubator.  Used to conceal the money.  The source,

11    the ownership, the use of the Federal Child Nutrition

12    Program funds, that mind you, were supposed to be used to

13    feed children.

14        Finally, ladies and gentlemen, or almost finally,

15    there are a different kind of money laundering count it's

16    called 18 U.S.C. 1957, which is just a lawyer way of saying

17    it's illegal to buy -- to engage in financial transactions

18    with more than $10,000 in the proceeds of a crime.

19        So if you commit a crime, you make money from your

20    crime, and you buy something or transact in more than

21    $10,000 in your proceeds at a time, that's a crime.

22        So the elements.

23        "The defendant knowingly caused a payment of more

24    than $10,000 knowing that the payment involved the proceeds

25    of a crime."

1          "The payment took place within the United States."

2          And then, "In some way or degree affected

3   interstate commerce."  You're guilty of this form of money

4   laundering.

5          And there's a bunch of them here.  Count 21

6   involves a check to Bushra Wholesalers, Said Farah's

7   company, for $118,000 for groceries.  Again, as we just

8   talked about, this was designed to conceal the proceeds to

9   make it look like they were buying food and they were not.

10          More than $10,000.  It affected interstate

11   commerce.  You heard stuff about the wire transactions that

12   were processed for these checks.  Someone from Old National

13   Bank testified.  And it certainly took place within the

14   United States.

15          Like you saw here, this was on March 11th, just a

16   few weeks later, $190,000 sent to China.  Not to groceries,

17   China.

18          Count 27, there's another Bushra Wholesalers

19   related money laundering account.  Abdiwahab Aftin, as you

20   heard, wired $200,000 from Bushra Wholesalers to Capital

21   View Properties, the partnership he had with relatives in

22   Kenya to build this 12-story apartment building.  And you

23   heard Abdiaziz Farah joined in on this scheme, this venture.

24          You see on there it says, "Additional information:

25   Supplies for Bushra Wholesalers."  That is not what that was

1     for.  That money was to buy into this Capital View

2     Properties in Nairobi and build a 12-story apartment

3     building.  That is illegal because the funds used were

4     Federal Child Nutrition Program funds.  They were the

5     proceeds of the fraud scheme.  More than $10,000 worth.

6             Count 40 is another Bushra Wholesalers account on

7     September 21st, 2021, from Empire Cuisine & Market for

8     groceries.  And we just saw some of that money flowed to

9     Manmabuyu around this time and buying cars, not groceries.

10    Fraud.  Making it look good.  Making it harder for people

11    like Ms. Roase to track the money to see whether this was

12    legitimate or not.

13            More than $10,000.  The check was processed

14    outside the State of Minnesota, it affected interstate

15    commerce.

16            Count 28, Mohamed Ismail.  As you heard, he used

17    $197,000 in proceeds to pay off the mortgage on his house.

18    All done.  No more mortgage payments.  It's illegal because

19    it was fraud proceeds more than $10,000.  Affected

20    interstate commerce, as you heard from the witnesses.

21            Abdiaziz Farah, you heard also, did some real

22    estate shopping.  Count 31 is a $1 million check from Empire

23    Enterprises to Trademark Title Services to buy those two

24    lots on Prior Lake, side-by-side lots on Prior Lake.  One

25    million dollars.  All fraud proceeds.  You saw the Empire

1      Enterprises account was all fraud money.  The company was

2      created in April of 2021.  All the money came in was fraud

3      money.  This is how he used it.

4              Count 22, another one.  March 15th, 2021, from

5      Empire Cuisine & Market to Johnson-Reiland Builders.

6      $500,000 to build a custom home.  The total was $2.5 million

7      on top of the lot.  There are the architect's renderings.

8      That money came from the proceeds of the fraud scheme, so

9      that's money laundering.

10             Count 26, another payment to Johnson-Reiland.  The

11     Farah residence, $250,000.  Government Exhibit L-26.  Again,

12     money came from the fraud scheme used to buy a house, build

13     a house.

14             Count 39, $150,000 to Johnson-Reiland in September

15     of 2021 and there's one of the payments.  The total

16     construction costs $2.5 million on top of million dollar

17     lot.

18             Count 23, it's another payment to Trademark Title

19     for this residence of his in Savage, 15418 Hampshire Lane.

20     It's the one the agents searched during the scheme.  Payment

21     from Empire Enterprises.  The company funded wholly the

22     proceeds of this fraud scheme created to house that money,

23     to launder that money, to conceal it, and to spend it.

24             Count 42, Abdiaziz Farah, another one to Empire

25     Enterprises to Trademark Title for another property.  This

1    is the property in Burnsville.  It's hard to keep track of

2    them all, I get it.  But again, from Empire Enterprises.

3    All fraud proceeds.  The wire amount here, $334,000.

4           Count 33.  Abdiaziz Farah bought a Porsche.

5    $29,000 check from Empire Cuisine & Market.  A company that

6    received more than $30 million in Federal Child Nutrition

7    proceed funds from the fraud scheme and he used more than

8    $10,000 of it to buy a Porsche in July of 2021.  That's

9    Count 33.

10           Count 37.  Abdiaziz Farah, again.  He bought

11    another car, a GMC truck, from the Lupient car dealership on

12    August 21st, 2021, for $65,000.  Again, more than $10,000 in

13    fraud proceeds from Empire Cuisine & Market.  That's money

14    laundering Count 37.

15           And then there's a number of money laundering

16    counts involving Capital View Properties, you'll not be

17    shocked to hear.

18           Count 24.  Abdiaziz Farah and Abdimajid Nur,

19    Empire Enterprises, their company, wired $204,000 to Capital

20    View Properties on May 4th, 2021, buying into that property,

21    that agreement.

22           Count 25.  Another transfer from Empire

23    Enterprises to Capital View properties on May 11th, 2021.

24    Again, wire from Minnesota to Kenya.  Passed through a

25    number of banks as you heard, correspondent banks and other

1    things, from Empire Enterprises.  Federal Child Nutrition

2    Program funds.  Fraud proceeds.

3              Counts 29, $206,000 from Empire Enterprises to

4    Capital View Properties Limited in Nairobi.  Again, to buy

5    into Capital View Properties to build a 12-story apartment

6    building in Nairobi, Kenya.  The largest city in East

7    Africa.  June 1st, 2021.

8              Count 34.  Abdimajid Nur and his sister, Hayat,

9    paid $11,000 to pay off a car loan to Wings Financial and

10   affected interstate commerce.  As you heard, more than

11   $10,000 in fraud proceeds, less than the others, still more

12   than 10,000.  That's money laundering.  You aren't allowed

13   to use stolen money to pay off your car.

14             Abdimajid Nur, on August 17th, bought a Dodge RAM

15   pickup truck.  $64,000 fraud proceeds.  Nur Consulting, the

16   company that he created on April 5th, 2021, to receive the

17   consulting payments from these various entities for which he

18   created fake and fraudulent documents.

19             Count 38.  You heard about Abdimajid Nur's trip to

20   Maldives.  September 1st he used fraud proceeds to purchase

21   $30,000 in jewelry from a jewelry store in Dubai in the

22   United Arab Emirates in the Middle East.  Again, those are

23   fraud proceeds.  More than $10,000.  Affected interstate

24   commerce.  Wired from Minnesota to Dubai.  That is illegal.

25   That is money laundering.

1        Count 41.  Abdimajid Nur paid $34,000 to Morrie's

2    Hyundai to buy another car.  Many cars.  Again, fraud

3    proceeds.  Federal Child Nutrition proceeds.  Illegal.

4        And then Mukhtar Shariff, Count 31.  In addition

5    to being a kickback, it's against the law.  It's a financial

6    transaction involving more than $10,000 in fraud proceeds.

7    He purchased this cashier's check using Federal Child

8    Nutrition Program funds.  The funds received from all these

9    different entities, ThinkTechAct, Empire Cuisine & Market,

10    Empire Enterprises, these other ones we heard about the last

11    couple of days.  Used it to purchase a $250,000 cashier's

12    check, which is money laundering even if it wasn't a

13    kickback.  Of course it was.

14        You heard from the forensic accountant.  There's

15    lots of, lots of transactions here.  Those ones we just

16    talked about, those individual money laundering counts, you

17    heard from forensic accountant FBI Lacramioara Blackwell,

18    97 percent of the funds used to make those purchases

19    collectively were derived directly from Federal Child

20    Nutrition Program funds.  They were derived from the fraud

21    scheme, essentially all of it, used to purchase cars, real

22    estate, jewelry, to pay a kickback in Minnesota, Kentucky,

23    Dubai, Nairobi.

24        All right.  There's one more count, ladies and

25    gentlemen, and then I'll sit down.

1          False statement in a passport application.  This

2     happened a few weeks ago.  I'm going to remind you, the

3     government executed search warrants on January 20th, 2022,

4     as you're aware.  They searched, among others, Abdiaziz

5     Farah's home, Mohamed Ismail's homes.  They seized their

6     passports.

7          And so what did they do?  They went to the

8     passport agency and they booked tickets abroad.  Then they

9     went to the passport agency and they applied for new

10    passports.  And they lied on their passport application,

11    which is illegal, and they claim -- they didn't say, hey,

12    the FBI seized my passport during a massive -- during a

13    search warrant executed in connection with a massive fraud

14    investigation.  Nope.  They said that they lost their

15    passports.  Can I have a new one, please?  I'd like to

16    travel abroad.  To Nairobi, of all places, where they were

17    building a 12-story apartment building.

18         The elements here, "The defendants submitted a

19    passport application.  Willfully and knowingly made a false

20    statement and acted with the intent to induce or secure the

21    issuance of a passport under the authority of the United

22    States, contrary to the laws and/or rules regulating the

23    issuance of passports."

24         Well here you heard Mohamed Ismail, he pled guilty

25    to his false passport case.  Abdiaziz Farah's charged with

1    it here.  There's the picture on January 20th of 2022 taken

2    by the agents.  The passport in his car, along with an

3    envelope containing thousands of dollars in cash.

4         A couple months later, March 16th, he went to the

5    passport agency, applied for a new passport, and in

6    connection with that, submitted a statement regarding his

7    lost or stolen passport book or card.  What did he say?  "I

8    could not find it anywhere in my house."  That was his

9    explanation for what happened to his passport.  "Explain

10    where the loss or theft occurred.  Unknown."

11         Now, it's highly unlikely, I'm going to suggest to

12    you, that he forgot that agents had searched his house on

13    January 20th, took his passport.  As you heard, they left a

14    receipt with him that.  Itemized the things they took, which

15    included tens of thousand dollars in cash, photos, documents

16    of wire transfers abroad, and his passport.

17         He knew what he was doing.  He wanted to leave the

18    country and go to Nairobi where he had sent over $1 million,

19    including a box of cash, as you saw, we didn't even talk

20    about that, because he was under investigation.

21         Ladies and gentlemen, it's almost hard to believe,

22    the defendants committed a crime of staggering proportions.

23    They took advantage of the COVID-19 pandemic to carry out a

24    massive fraud scheme, a scheme that stole money meant to

25    feed children.  In all, they claim to have served more than

```
 1     18 million meals and they claimed to be entitled to more

 2     than $49 million in Federal Child Nutrition Program funds,

 3     in taxpayer funds.  Money that they did not use to feed

 4     kids.  Money that they used to buy real estate, to buy cars,

 5     and that they sent abroad.  That they stashed abroad.

 6               In short, they exploited the COVID-19 pandemic,

 7     the greatest pandemic in 100 years, to enrich themselves.

 8               Ladies and gentlemen, this case has been long and

 9     the evidence has been overwhelming.  We ask that you return

10     the only verdict that is consistent with all that evidence.

11     A verdict of guilty as to all counts and all defendants.

12     Thank you.

13               THE COURT:  Thank you, counsel.

14               We'll take our morning break at this time.  And

15     why don't we come back at 11:00.  All rise for the jury.

16               (Jurors excused)

17               THE COURT:  We'll be in recess until 11:00.

18        (Recess taken at 10:41 a.m.)

19                         *    *    *    *    *

20        (11:03 a.m.)

21                          IN OPEN COURT

22               THE COURT:  You may all be seated.  And, Mr.

23     Birrell, you may proceed.

24

25
```

1          **CLOSING ARGUMENT**

2          MR. ANDREW BIRRELL:  If it please the Court,

3    counsel, Members of the Jury, good morning.

4          As you learned earlier, my name's Andy Birrell and

5    we've been working together now about four and a half or

6    five weeks, and I think one of the things you may have

7    noticed about me is that I like to give the jurors tools.

8    Tools to analyze problems.

9          This is particularly important in this case

10   because we've been working together here, like, five weeks.

11   We've had 33 witnesses.  There are umpteen number of

12   exhibits.  And so a lot of evidence to talk about to see

13   whether there really is proof or just evidence.

14         I wanted to tell you one thing that just occurred

15   to me when I was talking to my wife this morning.  When

16   somebody offers evidence and the lawyer says no objection,

17   it does not mean that the lawyer agrees with the evidence.

18   What it means is that the lawyer is saying that under the

19   Rules of Evidence it's okay to talk about it.  So I wanted

20   to be clear that, you know, we're over here saying no

21   objection, no objection.  It doesn't mean we agree with it.

22   It just means that we think that, in our judgment as

23   lawyers, under the rules it's proper and that the Judge

24   should go ahead and let the jury see it.

25         So in terms of tools.  I want to begin this

1    morning by asking you to take a little imaginary car trip

2    with me.  So let's do that.

3         So let's imagine that I'm driving in my car with

4    my wife and we're going to drive from Minneapolis to

5    Chicago.  So we begin our drive and maybe a little bit past

6    Eau Claire my wife says, you know, I'm really worried about

7    whether we have enough gas in the car to get there.  She

8    says, I'd like to look at the gas gauge.  And I tell her,

9    no, don't look at the gas gauge.  And I reach in my jacket

10   and I pull out my checkbook and I give it to her and I say,

11   This is my checkbook.  It has all the checks I've written

12   for gas in the last nine months, so you can see how much

13   money I've spent on gasoline and then you'll know we have

14   plenty of gas.

15        So we drive further down the road and we get a

16   little past Toma, which is halfway to Madison, and we run

17   out of gas.  And she says, We ran out of gas.  I said, No we

18   didn't.  Look at the checks.  You can see that we have

19   bought enough gas that we didn't run out of gas.  And while

20   we're sitting here on the side of the road, I'm going to

21   make you -- I'm going to take my computer out here and make

22   you a nice little pivot chart that shows you how much money

23   I spent on gas and why we could not possibly have run out of

24   gas.  So, I want you to keep that in your mind and we'll

25   talk some more about that later.

1          So I have one thing I want to say at the beginning

2    in response to Mr. Thompson's remarks.  This is not a case

3    about children.  This is a case about whether the United

4    States of America has proved its case beyond a reasonable

5    doubt.  That's what the case is about and that's what Her

6    Honor, Judge Brasel, is going to tell you.

7          So, what I'm going to do is I'm going to talk

8    first about the government's investigation in this case

9    because my job, in the first instance, is to examine law

10   enforcement conduct and to see what it is they have done and

11   whether that's the correct way to do it.  And in a little

12   bit that's going to be your job too.

13         So let's go back to the first witness in the case,

14   Emily Honer.  She was the person from MDE.  She's the person

15   who came and gave a roadmap about how this case should be

16   investigated and handled.

17         Ms. Honer did not endorse the "follow the money."

18   She didn't care about money.  She didn't care about how much

19   food costs.  She cared about the quantity and the quality of

20   the food.  Now, no one has ever contended and doesn't

21   contend now that there was a quality issue with Empire and

22   Abdiaziz.

23         There were meal requirements that Ms. Honer was

24   concerned about.  In other words, what had to comprise of a

25   meal.  Those were not discussed.

1          Invoices are avoided.  Every time we bring up the

2     food the government brings up money, because that's the lens

3     with which they're looking at the case.  And that's what I'm

4     going to talk to you about.

5          So, the first thing a person would do if they're

6     going to investigate a food case is they'd get a food

7     expert.  No food expert.  They'd get a food scientist.  No

8     food scientist.  They'd get a supply chain expert, because

9     this is all about supply chains.  No supply chain expert.

10    They'd get a nutritionist.  No nutritionist.

11         What they tried to do was use Ms. Roase to comment

12    about meals, but Ms. Roase is not a nutritionist.  She's an

13    accountant.

14         And why did they not do these things?  The reason

15    that they did not do these things is that they had decided

16    the numbers were too high.  That's it.  That's what they

17    decided.

18         Now, Ms. Honer explained to us that this was a

19    simple question.  A question to inquire into to decide what

20    happened is a simple question.  And the syllogism was this:

21         How many meals were billed for?  What amount of

22    food was purchased?  Take the amount of food purchased, put

23    it into my food calculator and that will tell you how many

24    meals.  And those numbers should match.  That's all they had

25    to do to correctly investigate this case or they could have

1      even not used my food calculator, they could have done it

2      manually, which was the what the guy from Sysco was talking

3      about, food math.  That's how they could have done it.

4            People had concerns.  That was the way to address

5      the concern.  That was the only correct way to address this

6      concern, because the contracts that were at issue here are

7      about the delivery of meals.  And you need to know how much

8      food was purchased, what is the calculation on the food, and

9      that's how we do things.

10           So, you know, for example, you can look at the

11     invoices and see that a bag of rice costs 10 bucks.  There's

12     invoices in there that talk about a thousand bags of rice,

13     10,000 bucks.  So a bag of rice costs 10 -- $10.  And the

14     bags of rice are 10 pounds.  So, a serving -- a bag of rice

15     that has 10 pounds is 16 ounces.  A serving size, you can

16     see from the meal charts that are in evidence, is one ounce.

17     And that means, if Empire spends $10 to buy a bag of rice,

18     that's enough to fulfill the grain requirement for 160

19     meals, because it's a one-ounce serving, which means to

20     fulfill the grain requirement of the five-meal requirement

21     aspects costs Empire 6.25 cents.  So that's sort of the

22     magnitude of the numbers we're talking about.  And you could

23     do a similar, easy analysis for milk, for vegetables, and

24     for protein.

25           So what Honer wanted to do, she wanted to see the

1    documents.  That's what she was about.  She wanted to see

2    the documents.  And so she was complaining to her people at

3    work and then there was this lawsuit.  So the lawsuit was

4    about Feeding Our Future, Aimee Bock, suing MDE because

5    MDE's deciding they don't want to pay Feeding Our Future.

6    So there's this lawsuit over in Ramsey County District Court

7    and some judge tells them -- tells MDE, you got to pay.

8           So, that's when we have Ms. Honer speaking with

9    the FBI.  So then we have next part -- next part of our

10    inquiry into the investigation is that we saw Special Agent

11    Kary come to testify, he was an the next witness.  And he

12    was concerned he said because the numbers were too high, he

13    said.  Now, how he knew that I have no idea.  He's not a

14    food expert, I mean, whatever, but that's the -- that's his

15    confirmation bias he developed immediately.

16          And so he says to us that, you know, we first got

17    contacted and opened an investigation in April of 28th of

18    2021.  That's what he told us.  And so what came up was, in

19    other words, this 4 terabytes of information, terabytes is,

20    I don't even know what it is, it's so much.

21          So I'm cruising around the computer the night

22    before and I find this entry where Christine Twait, I

23    believe is how she says her name, had actually complained to

24    the FBI in February 26th of 2021 on this tip line and

25    complained that Feeding Our Future and the person of Aimee

1    Bock was doing things they shouldn't do in the program.  So

2    that was two months before they were claiming that this

3    investigation was opened.

4            Couple things about that.  I don't know why they

5    would say that and not tell you that.  And that always

6    causes me concern and perhaps it causes you concern.

7            The reason why it would cause you concern is in

8    this particular case in the first instance, two things:

9            One is, it's clearly an attempt to conceal it from

10    you, because he said he knew about it.  And I don't like the

11    government agents concealing things.  And I don't like them

12    coming in and telling jurors things that aren't true that

13    they know aren't true.  And the reason is that it undermines

14    my confidence, and perhaps yours, in the other things that

15    occur in the investigation.  Because I don't -- I'm not --

16    you know, I'm not Superman, I can't catch them doing

17    everything.  So there's that.

18            And the second thing is, it's two months earlier

19    in the investigation, which would have been a great time to

20    go out and, you know, try to find out what happened.  But

21    that's not what they did.

22            Agent Kary told us he basically didn't do anything

23    until August or September of that year, which is problematic

24    because the opportunity to go out and get a lot of evidence

25    was being lost.

```
 1                    So, for example, there's no surveillance in the
 2          case.  They said there was, but there wasn't.  They had one
 3          of these people go out and take pictures three years later.
 4          Took a picture of a -- I remember particularly he took a
 5          picture of an apartment house this year, 2024, and he said
 6          that he had taken the picture much earlier in the spring,
 7          like maybe March.  So I'm looking at the picture.  You'll
 8          see it, it's in evidence, you could look at it again.  It's
 9          just two huge oak trees full of leaves.  The only oak trees
10          in the State of Minnesota ever full of leaves in March.  I
11          mean, that's not when he took the picture.  But the
12          picture's irrelevant.  He took it three years later.  It's
13          like going out to a car crash scene three years later and
14          taking a picture and then saying, you know, there wasn't any
15          broken glass on it, I don't know what happened.
16                    But anyways, the other thing that happened was --
17          and the next thing that happened in this investigation that
18          is a concern that you should consider carefully is the way
19          that the evidence was obtained.  And what I mean to say by
20          this is, you've got PIN, Partners in Nutrition, and Feeding
21          Our Future, and these are two what are described as warring
22          entities.  I mean, these are the sponsors.  These are the
23          $100 million each in 2021 people taking money from MDE as
24          sponsors.  And the investigation decided to treat them very
25          differently.
```

 1          So what happened was they issued search warrants

 2     to Feeding Our Future.  And we talked about that for quite a

 3     while, but the reason they issue a search warrant is so that

 4     nothing happens to the documents.  You can just go out and

 5     take them.  And that's what they did with Feeding Our

 6     Future.  That's not how they handled Partners in Nutrition

 7     and that was a flaw in the investigation.

 8          What they did, you heard, with Partners in

 9     Nutrition was that they used grand jury subpoenas.  And so

10     they sent the subpoena to Partners in Nutrition's lawyer and

11     the lawyer -- the first thing the lawyer did was told them,

12     nobody's talking to Kara Lomen.  Nobody's talking to Kara

13     Lomen.  We didn't see Kara Lomen, you know, I don't know,

14     Kara Lomen.  Shut off that source of information.

15          Second thing is, they were allowed to provide

16     these information that Partners in Nutrition had over the

17     next ten months in five groups and Agent Kary said they

18     never even got all of the documents.  So this was a flaw in

19     the investigation.

20          And the reason it would be important is that we

21     could have used this information to use it to calculate the

22     calculations that Ms. Honer have been trying to do all

23     along.  I mean, what she wanted to see.  Show me the

24     documents.  Show me the documents.  She's all about, I want

25     to see the documents.  Because that would have allowed her

1    and MDE to figure out what was going on.  And she and MDE

2    were in the business of running these programs and so they

3    would have known what to look for and what to do.

4         Instead, what happened was they got the bank

5    accounts and they went out to get some other information.

6    And like, for example, they went out and got Hadith Ahmed's

7    phone but they never examined it.  Really?  I mean, no

8    WhatsApp, no text, no location data, no nothing.  The reason

9    that was important is that could have confirmed or disproved

10   the many other things that Hadith Ahmed said.  And anybody

11   who's looking at this case is going to know that Hadith

12   Ahmed is an important person to hear from in the case and to

13   evaluate his testimony in every way possible.

14        But what happened was that sergeant -- or excuse,

15   me, Special Agent Kary told us he assumed guilt.  That's how

16   he started his investigation.  He assumed guilt.

17        Now, in the United States of America here in

18   court, you're going to get an instruction about this from

19   the Court, that everybody charged with a crime is presumed

20   innocent.  Everybody.  In every court in the United States.

21   This is one of the core, central, deeply-held beliefs we

22   have as Americans.  Every kid knows that.  Presumed

23   innocent.

24        Why is that important?  It's important in court

25   because the government is the person who brings the charges.

1   The government has enormous resources.  They have, you know,

2   officers to go out and do things, accountants, you know,

3   unlimited money.  Five prosecutors.  An enormous amount of

4   firepower to throw out any charge made against a citizen,

5   really anyone, but a citizen.  And proving a negative is

6   catastrophically difficult.  So that the law, the way we

7   handle things is we presume people to be innocent.

8         And that presumption of innocence by itself,

9   standing alone, without more is enough to find a person not

10  guilty of a crime.  We don't have to do anything when we get

11  charged.  We got to come.  We could sit there.  We don't

12  have to ask any questions.  We don't have to make any

13  statements.  We don't have to do anything.  Now that's not

14  always the best way to handle a case but that's all we have

15  to do really is show up and listen to what the government

16  has to say, because we rely on the jury, we rely on the

17  jury.  We rely on the jury to record the presumption of

18  innocence and we rely on the jury to make the government

19  prove its case beyond a reasonable doubt.  If they can.

20  This is also something the Judge will tell you.

21        Proof beyond a reasonable doubt will be defined

22  for you, but in a nutshell, it's the highest amount of proof

23  that is ever required in any case anywhere.

24        So, in a civil law case where one person sues

25  another it's a preponderance of the evidence, so 51 percent.

1    In some special civil cases it's clear and convincing

2    evidence.

3            Proof beyond a reasonable doubt is way past that.

4    It's the amount of proof that a person would require before

5    they would hesitate to act in the most important affairs of

6    their life.  That's what proof beyond a reasonable doubt is.

7            And in assessing the proof beyond a reasonable

8    doubt concept, what's going to happen eventually is that the

9    jurors will go back in a room and deliberate, which means

10   talk to each other.  And in order to reach a verdict, all

11   the jurors have to agree on a verdict, whatever it is.

12           So before -- to understand the application as

13   principle, before anybody in America can be found guilty of

14   anything, every juror has to agree.  Every one of the jurors

15   has to agree.  There's no reason to doubt.  There's no

16   reason I would hesitate to act on this proof in the most

17   important affairs of their life.

18           Likewise, to find a person not guilty, all the

19   jurors have to agree on that.  The important thing to

20   understand about this is the law requires the jury to be

21   unanimous, but the law does not require jurors to agree

22   about the reason for doubt.  So one person may doubt for one

23   reason, another person might doubt for a different reason.

24   That's fine.  The law does not require all the jurors agree

25   on the reason for doubt.

1        So what we have here is a case where the
2   government folks decided not to apply the presumption of
3   innocence but to apply guilt.  I'm assuming it's guilt
4   because these numbers seem too high.  Okay?  So what I'm
5   saying is the right way to figure this out was to do exactly
6   what Ms. Honer told them to do.  Go get the documents.  Find
7   out how much food it is.  Calculate it either using my food
8   program or food math, however you want to do it, apply the
9   meal schedules and then I'll tell you.  You don't have to
10  wonder about it.  I'll tell you.  You don't have to do all
11  these other things, it's a simple thing to do.

12        So they didn't do that.  What they decided to do,
13  first of all, was a bunch of other things, like Pitzen --
14  Special Agent Pitzen, this is the guy that took the picture
15  of the fully blooming trees in March.  His job, he said, was
16  to look at the phone pictures, the download of many
17  people's, but Abdi's phone.  There were 6,200 videos on the
18  phone, he said.  Thousands and thousands of pictures.  Okay.

19        So what he does is he cherry-picks a couple of
20  pictures that support his theory, because he admitted, yeah,
21  the numbers were too high, I assume they're guilty.  That's
22  not really an investigation.  It's an accumulation of
23  evidence to support a preconceived thought.  Sometimes
24  people call it confirmation bias, things like that.

25        Then he brought in what he called were

1    representative pictures.  So he has a picture of some

2    oranges.  One of them is rotting.  This is his unbiased

3    representative sample.

4         Agent Pitzen said, Well, it is very suspicious

5    that there were pictures and videos.  Very suspicious.  And

6    then he said it would have been suspicious if there weren't

7    pictures and videos.  So, I mean, what's a guy to do here?

8    It doesn't advance the truth-seeking process to have this

9    information.

10        And, you know, I felt, perhaps you did, that he

11   had a very cavalier attitude about looking at my client's

12   phone.  Well, you know, I looked at enough of it, you know,

13   I looked at some of it.  I mean, that's not like a fair

14   investigation.  Everybody accused of a crime is entitled to

15   a fair, fair investigation.

16        So when we began, I told you one of the things

17   that I do in my work is I look at police investigations and

18   prosecutions and see how they're handled and whether they're

19   handled fairly and correctly.  And that's going to be your

20   job pretty soon.  So I'm asking you to keep this in your

21   mind when you think about these pictures and think about

22   what wasn't there.

23        You know, one of the things that Special Agent

24   Pitzen did was he had this thing where the clicker was too

25   fast.  I mean, too fast?  I mean, compared to what?  He

1    doesn't know what's in the bags.  He doesn't know what the

2    clicker is but he -- it was too fast.  So he selected that

3    one.  I don't think that advanced your understanding of what

4    happened, but I think it does advance the understanding of

5    the bias that he had.

6          Special Agent Pitzen talked about having -- that

7    they downloaded Abdi's phone.  It was full of work e-mails.

8    He said someone looked at them.  Pitzen said that.  He

9    didn't.  No one came to talk about them, you know.

10         He talked about using search terms to look at this

11   information he had, which, you know, you get this amazing

12   amount of information.  Really the way to look at it is with

13   a search term.  So put in "pallet", put in "milk", put in

14   "delivery", and it will tell you what's in there that has

15   that word in it.  He didn't do any of that.  He wasn't

16   trying to figure out what was really in there.  He was

17   trying to cherry-pick some stuff to be consistent with his

18   preconceived idea this team had about what happened.

19         And in evaluating Special Agent Pitzen's

20   testimony, I'd also respectfully remind you, he's an IRS

21   special agent.  Doesn't know what a W-9 is.  I mean,

22   everybody knows what W-9s are.  1099.  Doesn't know what

23   that is either.  It's not -- I mean, I'm not using it to bag

24   on the guy, but that's what he said.

25         And that's an interesting part of the case

 1      because, you notice Abdi is using tax forms.  He's using

 2      legal forms.  He's doing lots of things and he's doing it

 3      all above board.

 4              I mean, one of the reoccuring themes, the

 5      government says is he's on the board of TTA, which is

 6      ThinkTechAct, which sometimes is apparently Mind Foundry.

 7      They're making an enormous deal out of the fact that

 8      Abdiaziz Farah is listed on the public Secretary of State

 9      document as a board member of TTA.  So let's talk about that

10      for a minute.

11              The government's whole case here is concealment.

12      They're claiming now that what's wrong is it's concealment.

13      I mean, first it was -- in the opening statement, the

14      prosecutor gets up and says, well, little, if any, food was

15      bought.  You know, there might have been a pallet or two of

16      milk or a bag of rice here, but they only bought that food

17      to -- in case they were ever here in U.S. District Court

18      accused of a crime.  They were going to say, oh, you know,

19      we bought this little bit of food, therefore, we couldn't

20      have been doing anything wrong.  That's what they told you

21      their theory was in the opening statement.  A couple of

22      pallets of milk and a couple of bags of rice.  All right.

23      So at the time that statement was made they knew Abdi had

24      spent millions of dollars on food.  They knew that.

25              So, circling back to this concealment theory.

1    They've got, oh, he's on ThinkTechAct Board.  Must be

2    something wrong with that.  What?  What's wrong with it?

3    And if there was something wrong with it, why in the world

4    would they put that in Secretary of State documents that

5    anybody can go get off the internet.  I mean, we could go

6    pick up that computer right there and get them right now.

7    That's not how you conceal things.  If you're having some

8    sort of secret relationship with ThinkTechAct and Abdiaziz

9    Farah, you're certainly not going to list him as a board

10   member on a publicly filed document.  That makes no sense.

11           The other thing is, you know, some of the

12   presentation of this evidence concerned me and, perhaps,

13   you.  So let's start thinking about this.

14           One of the things they brought up was that Abdi

15   had cash in his truck.  And I don't remember how much it

16   was, perhaps it was $47,000, something like that, and he

17   took pictures of the cash.  Because why?  Because it's

18   really important.  Why is that really important?  There's no

19   claim here they're dealing in cash.

20           Then, so we'll take the next piece of information

21   we have.  We have the agents go to search Empire Cuisine &

22   Market.  And the agent testified about that.  And kind of

23   interesting, the agent didn't remember how many doors there

24   were in the place.  Seems like you'd remember that and you

25   would search, but what he did agree was that there was a

1      Hawala there.  So the Hawala, we heard about with the

2      professors.  So a Hawala is a way to move money around the

3      world.  And typically it's used to move money to places

4      where there aren't really well-established banking areas,

5      but you can move it anywhere you want.  And these are the

6      guys that get on the plane with suitcases full of cash, he

7      was talking about, so that the thing can be evened up.

8              So Abdi's got a Hawala at his business, which we

9      know because they admitted it.  And so obviously he's got

10     this cash in the vehicle to take it to wherever he needs to

11     take it, presumably to the headquarters here in Minneapolis

12     that the professor talked about.

13             So a couple of things about this.  One is the cash

14     piece, you know, it's sort of, they like to flash the cash

15     because it looks like something's wrong.  There's nothing

16     wrong.  Nobody's claiming there's cash moving around here.

17             But the really important thing to take away from

18     this, and I hope if you write anything down it's this, if he

19     wanted to move money around and money launder, that's how

20     you money launder.  You run cash through a Hawala.  He can

21     run cash anywhere you want to people anywhere in the world

22     and if you want to hide money, that's how you do it.  This

23     is the reason the guys are flying around the world with

24     suitcases full of cash.  That's not how these guys operated.

25             When they were moving money around, my guy moving

1     money around, he's using wire transfers and cashier's check

2     that he gets out of his own bank account.  You go do a wire.

3     They told you, you got to walk in to do the wire.  You got

4     to do it in person.  You got to identify yourself.  It comes

5     out of your account right now.  That's not concealment.

6     That's operating completely above board.

7          And it becomes even more important when they have

8     this easy, other way to do things if they want to move money

9     around.  You can move all the money you want to Kenya in

10    Hawala.  Send it to, I don't know, Mike from Fred or

11    whoever, and then it sounds like what they do is there's

12    some number or something that the person on the other end

13    just picks it up.

14         So I think that it's worth carefully considering

15    that in terms of how Abdi was operating, he's operating

16    completely above board.  You know, they've got incorporated

17    companies that he incorporates in his own name with

18    addresses and now they're saying, well, these are shell

19    companies.  That's a sort of nonsensical term.  I mean, look

20    at the company and see what it does.  It does nothing.  It's

21    a shell company.  But if other things are occurring, it's a

22    company.  And you can have a company, you can have all the

23    companies you want.  If there weren't companies, they'd be

24    in here saying, oh, there's no companies.  There should be

25    companies.  You know, you're just giving it to people.

1    There ought to be companies.

2            But there are companies, and their companies are

3    not hidden companies.  They're companies that have tax ID

4    numbers, for goodness sake.  You want to invite inquiry by

5    the federal government, go apply for a tax ID number.  Puts

6    you right on their map.  That's what they did.  They got tax

7    ID numbers and then they incorporated it openly with the

8    Secretary of State and then they worked with these

9    companies.

10           Later in the presentation they had people,

11   civilians, come in and -- random civilians.  Three years

12   later they talked to some of them, you know, a week or two

13   before the trial and their basic pitch is there wasn't any

14   food.  That's what they said.  But we know there's food.

15   That's what's wrong with that method of indirect proof.  We

16   know there's food.  There's millions of dollars that Abdi

17   spent on food.  They admitted it themselves.

18           So what they all got down to and why I asked agent

19   -- I don't know, Accountant Roase, Ms. Roase, not an agent,

20   but, What did she do?  What was her job here?  Her job was

21   to follow the money.  Okay?  This is going back to my car

22   ride.

23           So they didn't look at the gas gauge, which is the

24   documents that Emily Honer told them to look at, which would

25   have answered the question.  And besides, you know, this is

1    back on February 6th, if MDE has concerns, why don't they

2    just go talk to these people?  Why didn't they call Abdi up

3    and say, We have concerns.  We have the right to look at all

4    your papers.  We're going to be over at your office tomorrow

5    morning.  They could have done that.  But they didn't.  And

6    there was some discussion why about it but I, for the life

7    of me, don't understand it.

8              So what Roase did was follow the money.  Because

9    that's what she does.  That's what they always do she says.

10   She doesn't know anything about the food program.  She

11   didn't know -- she didn't even know the five food groups.

12   She didn't know how much a bag of rice costs.  She didn't

13   know what a serving of rice was.  It's not her job, she

14   says.  Okay.

15             Now in terms of evaluating her work, her

16   testimony, one of the things I asked her was, well, you're

17   on the prosecution team, right?  Right.  So she's not --

18   she's not an expert, first.  They did not bring one expert

19   in here, but she is most assuredly not an expert.  She's an

20   accountant.  She works for the FBI.  She sits right over

21   there between an Assistant United States Attorney and the

22   case agent the whole time.  She's on the team.  Wants to

23   stay on the team.  She even said that at night and on the

24   breaks she talked about her testimony with other people on

25   the team.  I don't think that's right, maybe you don't

```
1    either.  But it's certainly not a way to get the most
2    reliable information.  And she wasn't here to provide
3    reliable information.  She was here to advance the
4    prosecutor's theory of the case.
5           What she did was she said she followed the money
6    and she followed it in two ways.
7           One was with the CLiCS data and one was with the
8    bank account data.
9           So, CLiCS data.  So remember the first time I ever
10   talked to you right here at this podium was my opening
11   statement and I talked to you about CLiCS.  So CLiCS is the
12   communication system between the sponsor and MDE.
13          It's important to understand that and that's why I
14   spent so much time talking about it in the opening
15   statement.  And by the way, everything I said to you in my
16   opening statement came out exactly as I said it would.
17          The CLiCS data is between the sponsor and MDE.  As
18   to -- as to Abdi, my client, and the vendors, it's a black
19   box.  And what I mean to say is -- and she admitted all of
20   this, Honer did.  It's a black box, it means you can't see
21   anything.  Abdi doesn't know what's going back and forth
22   between the sponsor and MDE.
23          So the sponsor's job is to make a contract with
24   the vendor.  Contract says exactly what is to occur, what is
25   the deliverable and what is the compensation.  So the
```

6456

1   deliverable is meals.  The compensation is reimbursement.

2   There were 113 or whatever waivers there were.  The waivers

3   were put in place in response to the pandemic so that

4   private enterprise could get involved in this and deal with

5   the anticipated and what actually happened need for more

6   meals.  Okay.

7        They were allowed to make a profit.  Everybody

8   says that.  There's no mechanism for calculating what the

9   profit is.  There's no allowed amount.  You can make as much

10  profit as you want.  You can make no profit.  You can end up

11  owing us money.  What we want is this many meals, that the

12  sponsor is saying after it gets a site approval.  We want

13  this many meals and here's how the meals have to be put

14  together.

15        I mean, they can call them groceries, but the fact

16  is those meals that they're calling groceries were entirely

17  compliant with the requirements of the program.  They may

18  not like it, but that's the way it is and that's the way it

19  was.

20        So, there's this contract and then information

21  goes into the sponsor.  So the sponsor's either PIN or

22  Feeding Our Future.  Then they take their -- that

23  information and they send a bill to MDE.  And then MDE pays

24  it or not or pays some of it, sends them the money, sends

25  the sponsor the money, and then the sponsor takes 10 percent

1    of the bill.  So if the bill is, let's pick a big number,

2    $500,000.  That's the bill.  MDE pays $500,000.  The sponsor

3    would take 10 to 15 percent, so say 10, $50,000.  That's

4    what the sponsor's getting.  That's why the sponsors wanted

5    sites because they can make money.  They were getting their

6    administrative fee.

7          This idea that the sponsor would not put bills on

8    the pile to be paid unless somebody bribed them is complete

9    and utter nonsense because the only way the sponsor is going

10   to get paid is if they submit a bill.  And if they're

11   submitting the bills, $100 million of bills, 10 percent is

12   10 million bucks.  $10,000 bribes there or payment or

13   whatever you want to call it, that's not a factor.  That's

14   just not how this worked.  They wanted those bills put in.

15   They wanted to submit them to MDE as soon as they could.

16          So, what would -- what happened here is that Ms.

17   Roase decided to follow the money.  That doesn't tell you

18   anything about what you need to know because this is a

19   reimbursement program.  So I get the food wherever I get it,

20   however I get it.  I may write my own check.  I may use a

21   credit card.  I may persuade someone to lend me, you know,

22   credit, front it, whatever you want to call it.  I do the

23   e-mails.  I put in the bill.  My deliverable's done.

24          When I get paid, reimbursed, the money is mine.  I

25   can do whatever I want with it.  I can go buy houses.  I can

1    buy cars.  I can buy whatever I want with it.

2            So following the money after it is paid does not

3    advance the understanding of what happened in the underlying

4    transaction.  And that is what Ms. Honer was trying to tell

5    people.  But no one listened.

6            What Roase did was used CLiCS.  So what the CLiCS

7    data will tell her, we know now, CLiCS data will tell her

8    what is the communication between MDE and the sponsor.

9    That's what it tells her.  Which, you know, Abdi knows

10   nothing about it because he can't see in there.  I don't

11   know what -- and you don't either, you don't know what the

12   sponsor was sending to MDE.  And you don't know what MDE was

13   sending the sponsor except the money.  And that's the money

14   she's following.  But she's following it at the wrong point.

15           So what happens is, she follows the money and

16   says, Well, they didn't buy food with it.  Well, of course,

17   if you follow the money and they buy a car, you're not

18   buying food with it.  They're not supposed to be buying food

19   with it.  They're supposed to be getting the food before

20   they get the money.  That's what's wrong in part with "they

21   follow the money" analysis.

22           So, what she did then was -- oh, my goodness, take

23   -- she takes -- she takes this money and makes pivot charts

24   with it and -- I'm going to try to compress this a little

25   bit.  I tried to do this on cross but I'm going to try to do

1       it here in a different way.

2               Here's how you make the pivot chart.  I go and

3       collect whatever data I want.  In this case let's say I go

4       collect 300 bank accounts, put it in -- I entered it into my

5       computer software.  Then I decide to take out 30 of the

6       accounts.  I got that in my Excel spreadsheet now.  Then

7       what I do is I make a pivot chart.

8               So what is a pivot chart?  A pivot chart is a

9       chart that will -- that I select every single category and I

10      select what goes into it.  So I'm making the categories and

11      I'm taking the data out of the Excel spreadsheet by my

12      choice about categories and putting it into my category

13      names.  Okay.

14              What's wrong with that is it's not the least bit

15      of a scientific analysis.  It doesn't tell you anything.  It

16      tells me -- I decided to pick all these marbles and put them

17      in that basket.  So what?

18              I mean, for example, we know that there's other

19      money that was spent on food.  We know that there's other

20      money spent on running this Empire Cuisine & Market

21      business.  We know, for example, if you look at the data, I

22      mean, there's all these charts in there, you can look at

23      them if you want.  But take ANSI International, that's not

24      included in any of her calculations.  Abdi spent a million

25      two on warehouse space and you have to keep these things

1    somewhere.  I mean, to run a business like this has enormous

2    supply chain issues.  You need trucks, which they admitted,

3    with gas, and drivers, labor, and warehouse space,

4    refrigerator trucks.  I mean, they take -- for example, they

5    take -- these trucks that Abdi needed to have to run his

6    business that he bought out of Empire business and they

7    claim it's money laundering.  He's buying a truck for the

8    business.  How can that be money laundering?  It's like

9    buying food would be money laundering.  It just makes no

10   sense at all.

11         If you can, please look at M-13a, which is Empire

12   Cuisine & Market and recategorize those for yourself.  And

13   you'll see he spent about 12 million bucks trying to run

14   this food delivery business.

15         If you look at M-13z, that will help you because

16   that's Empire Enterprises and that money is often to used to

17   run it too.

18         You can look at M-38, which is Empire Gas and

19   Grocery.

20         All of these show food expenses.  They show

21   related business expenses.  They show the expenses you would

22   expect to see for a massive food distribution service, which

23   there was.

24         But the way it's structured in her charts makes it

25   look like they're just, I don't know, money he took.

1    They're camouflaged.  Please examine the M exhibits

2    carefully.

3            I'm getting a little -- we have many

4    representations about how long we're going to have here, so

5    I'm going to talk to you a little bit about a few things.

6            Hadith Ahmed is not a person who's worthy of

7    belief.  We heard that they picked him, not us.  No, they

8    picked him.  They called him as a witness on behalf of the

9    United States.  They called him to testify.  They met with

10   him twelve times to help him testify.  They hold the promise

11   of freedom over his head.  He will say whatever he thinks he

12   should say or needs to say to get a break or whatever he

13   called it.

14           The government gets to decide whether he gets a

15   break from the Judge or not.  If you look at Jury

16   Instruction 9, we have them, you don't, but you're going to

17   get them, the Court will tell you that you have heard

18   evidence that Hadith Ahmed hopes to receive a reduced

19   sentence on criminal charges pending against him in return

20   for cooperation with the prosecution.  He entered into a

21   plea agreement with the prosecution that provides, among

22   other things, an agreement that the prosecution will

23   recommend a less severe sentence than the witness would have

24   faced if he had not cooperated.

25           This is the sentence.  "The Court," the Court,

1    that's the Judge, "has no power to reduce his sentence for

2    substantial assistance unless the prosecution, acting

3    through the United States Attorney, files a motion for a

4    downward departure."

5            So, if they like what he says, he hopes they'll

6    file the motion.  If they don't file the motion because they

7    don't like what he says, he gets nothing.

8            I'm going to -- I'm going to just sort of

9    highlight a few things for you here.  I'd look at

10   Instruction 10 very carefully.  That discusses the

11   credibility of an alleged accomplice.

12           I'd look at Jury Instruction Number 8.  Discusses

13   the testimony under a grant of immunity or a plea bargain.

14   The most important sentence of that is that the fact that

15   the guy pleaded guilty is not evidence of Abdi's guilt.  Not

16   evidence of Abdi's guilt.

17           So, briefly on the wire fraud conspiracy.  We

18   maintain it's not fraud.  Abdi was ever the entrepreneur,

19   like I told you in my opening statement.  He was already

20   doing really well for himself and his family before this

21   program showed up.  He put himself out there.  He got into a

22   new business that was -- that would be tough under any

23   circumstances, but it's in the middle of a pandemic.  He

24   worked hard in good faith.  He did the best he could.  He

25   spent millions and millions of dollars on food, trucks,

1      reefer trucks, delivery trucks, warehouses.

2              He got caught -- what happened really was he got

3      caught between two warring sponsors and an incompetent

4      government agency, MDE, that was supposed to be overlooking

5      this process and helping people do it right but did not.

6      That's what happened.

7              I want to talk to you a little bit about a couple

8      of these other charges too.  And I think you understand my

9      basic thinking in the matter, but the bribery count against

10     Abdi that has to do with Hadith Ahmed is the strangest

11     bribery count anybody's ever written.

12             So what their theory is, is that Abdi gave him

13     10,000 bucks to put the invoices on top of the pile, which

14     we've already talked about is a silly contention anyways,

15     and then the guy who was -- he was bribing -- gave him

16     $139,000 back.  Look at the sheets.  That's what they say

17     happened.

18             Hadith Ahmed, Mizal Consulting, it's right on one

19     of those pivot charts, gave Empire Enterprise, Abdi, 139,000

20     bucks.  So I, you know, how does that work?  It doesn't work

21     because it's stupid.

22             And the other alleged bribery count is some guy

23     named Julius Scarver.  So what do you know about Julius

24     Scarver?  Because we never saw Julius Scarver because he

25     never came in here.  I don't know a damn thing about him.

1    Don't know what he looks like.  Don't know what he has to

2    say.  The only thing you know about him, apparently, he's

3    Kara Lomen's boyfriend which, you know, okay.

4            So what is it that Abdi was supposed to have done

5    with Julius Scarver?  I have no idea.  You don't either.

6    There's no testimony about it.

7            The money laundering counts.  Well, let's talk

8    about it.  There's two things here.  One is the conspiracy

9    count, which is Instruction Number 26.  And I hate to tell

10   you this, but on the top of page 50 -- there's like 80 pages

11   of jury instructions.  On the top of page 50, the thing I

12   would draw your particular attention to is Element Number 4.

13           Element Number 4.  So element means a piece of the

14   crime.  So the way this works is lawyers and judges talk

15   about crimes as having pieces called "elements" and it's the

16   elements that have to be proved beyond a reasonable doubt.

17   Okay.  That's how it works.  They don't have to prove every

18   fact in the case.  They have to prove all the elements

19   beyond a reasonable doubt.

20           So the element form on the top of page 50, I think

21   it's 50 because I have a draft, it's around there, the

22   element is concealment.  So this conspiracy is -- this

23   alleged money laundering conspiracy is about concealment.

24   That's one of the essential elements.  The government's

25   saying they did all this stuff to conceal these

1    transactions.  And I've already talked to you about it, but

2    remember, first of all, there's an alternative way for him

3    to do this.  He can run all the cash he wants in the world

4    through the Hawala, no one will ever know.  Just alternative

5    way to do it.

6          Secondly, every transaction has got his name all

7    over it.  His name, his passport number sometimes, ID at the

8    bank.  There's no concealment here.  There's no effort to

9    conceal it at all.

10          And the reason he's not trying to conceal it is he

11    doesn't think he's done anything wrong.  He thinks he's

12    entitled to this money.  He thinks he's earned it.  So why

13    in the world would he conceal it?  And he didn't.

14          Finally, I'll talk to you for a minute about this

15    passport application charge.

16          So the only evidence about this, such as it is, is

17    Blake Hostetter.  He came in and he had a document he said

18    that some guy at the passport office said that Abdi showed

19    up and tried to get a passport.  The guy in the -- no guy in

20    the passport office.  You know, I don't know where they got

21    that.  You don't either.  It ain't proof beyond a reasonable

22    doubt.

23          There's no evidence he ever got a passport.  The

24    agent said, my guy, Abdi never tried to go anywhere.  Abdi

25    never tried to flee.  And he did not.  So it makes no sense.

```
 1              So I've tried to give you the tools that I can

 2     give you in an hour to analyze this case.  I think when you

 3     look at all the evidence in the case, the only fair verdict

 4     is that the government has not proved any of these charges

 5     beyond a reasonable doubt and the law requires a verdict of

 6     not guilty.  Thank you very much.

 7              THE COURT:  Thank you, counsel.

 8              Mr. Cotter.

 9              MR. COTTER:  May I have just a moment?

10              THE COURT:  Of course.  Of course.

11              MR. COTTER:  I'm a lone ranger here.

12              MR. GOETZ:  Your Honor, permission to stand and

13     stretch just for --

14              THE COURT:  Yes.  Anybody else who wants to do

15     that can do that as well.

16              (Pause in proceeding)

17              THE COURT:  All right.  After that, I've been

18     requested just a brief comfort break, so five minutes and

19     come back and then we'll start.  Okay?

20              MR. COTTER:  Okay.

21              THE COURT:  Thank you all.

22              All rise for the jury.

23              (Jurors excused)

24       (Recess taken at 12:15 p.m.)

25                         *   *   *   *   *
```

1      (12:15 p.m.)

2                          **IN OPEN COURT**

3              THE COURT:  And Mr. Cotter, you may proceed.

4                        **CLOSING ARGUMENT**

5              MR. COTTER:  Thank you, Your Honor.  Counsel, and

6      Members of the Jury.

7              It's been a long six weeks.  I see someone shaking

8      his head in the corner.

9              COURT REPORTER:  Could you speak up, counsel.

10             MR. COTTER:  I'll speak into the microphone, I

11     apologize.

12             I got to tell you, no matter how many times I do

13     this, I'm still nervous.  We're just humans up here trying

14     to do our best.  I've gained a lot of respect for the people

15     here on the other side.  Everyone's put in a lot of hard

16     work.  I'm going to do my best to be concise but there's

17     been a lot here.

18             I'm not a PowerPoint person.  My wife gave me

19     permission not to use one at all but then I decided to try

20     to use one.  It's going to be very basic because I just want

21     to speak to you about what has happened over the last six

22     weeks.

23             But it starts with the government's burden of

24     proof.  And it's not a small thing why we're bringing it up.

25     I think there was some bit of shock on people's faces maybe

1    when my client and others rested.  But in our system, one of

2    the bedrock and fundamental principles is that it's the

3    government that must prove each and every element against

4    Mr. Ismail and every other person beyond a reasonable doubt.

5    Not by conjecture, not by fiat, not by proclamation but by

6    evidence that overcomes the highest burden that we have in

7    our law.

8         When I started this trial six weeks ago at the end

9    of my opening statement I mentioned something, a lesson I

10   learned from my father, who was an attorney.  In one of the

11   lessons he gave me in analyzing a case was, be careful not

12   to paint with too broad of a brush and be very skeptical

13   when the other side does so.

14        And I submit to you now, six weeks later, that's

15   what has happened in this case is painting with a very, very

16   large brush.  Why?  Why?  The reason why is because that

17   when you paint with a very broad brush you're able to paint

18   over some problems.  Paint over some mishaps.  Paint over

19   some inadequacies.  And paint a lot of people and a lot of

20   things all with one big, broad brush.  And that's what's

21   happened here in this case.  So we have to pull it apart a

22   little bit.

23        It's hard to boil down six weeks of testimony,

24   1,300 exhibits, and you wouldn't want to know how much we

25   had to look at before this, into four bullet points.  But I

1    tried to do that.

2         We'll talk about reasonable doubt at the end as it

3    applies to Mohamed Ismail.  The reasonable doubt, some of

4    the big concepts, there was an enormous amount of regulatory

5    confusion and failed communication during the pandemic.

6         I have gained a great amount of respect for Mr.

7    Thompson.  One of the things that I can agree with him on is

8    it was an unprecedented time.  That things were shutting

9    down.  That people's lives were upended.  That there was

10   food scarcity.  That people were losing their jobs.  That we

11   had to do things differently than they always had been done

12   before and after.  That how that was interpreted was being

13   interpreted on the fly.  That how it was being communicated

14   was not always perfectly clear, perfectly understood in many

15   programs, but we'll focus on what we're here to talk about.

16        There was an incomplete and a delayed

17   investigation in this case.  And why is that important?

18   Because in evaluating many of the witnesses that were

19   presented here juxtapose to how we actually should

20   investigate and prove up a case with evidence is critical to

21   a determination as to whether there's been a proof beyond a

22   reasonable doubt.  And we'll talk about that.

23        There's been some misleading narratives presented

24   by the government.  We'll talk about a few of those.

25        And finally, you heard this from my learned

6470

1    colleague, Mr. Birrell, but there was an incomplete, and I

2    will tell you a choice, a choice, not to provide a clear and

3    fair financial analysis in this case.  So we need to review

4    some of the testimony.

5              I don't put this up here because it's something to

6    be taken lightly.  I put it up here because I just want it

7    to be real clear.

8              MDE, Emily Honer, was the first witness.  And she

9    talked a lot about how things were supposed to be done and

10   she talked a lot about these programs.  But we have to again

11   remember how they worked.  Before isn't really relevant.

12   After the pandemic isn't really relevant.  How things were

13   happening and moving on the fly during the pandemic is

14   what's relevant.

15             And it is the government's narrative that this was

16   a opportunity for nefarious people to take advantage.  That

17   is their narrative.  However, what we learned is during this

18   time schools were shut down, especially the first year, but,

19   again, intermittently and parents were off work.  There was

20   a lot of food scarcity and there was a decision made to try

21   to open this up.  It wasn't just going to be the traditional

22   school lunch program, which we'll talk little bit about how

23   different these programs are to some of the witnesses that

24   you heard from from the school districts.

25             What we did hear and what's clear from Emily

6471

1    Honer's testimony is that multiple waivers were put into

2    place.  And I have to go back and talk about those.

3         The communication structure was the USDA

4    communicating to the Minnesota Department of Education.  The

5    Minnesota Department of Education was then to communicate to

6    sponsors.  Sponsors were then to communicate with sites and

7    sites were to communicate with vendors.  And these were

8    dense regulations and they were coming in and changing

9    rapidly.

10        Ms. Honer testified when I was cross-examining

11   her, that it was hard to keep up.  113 different waivers.

12   Why is that important?  It will become important too on how

13   they were to be interpreted and whose job it was to make

14   sure that these regulatory rules were being followed.

15        And the reason I say that, because when we get to

16   some of these other aspects of failures in how certain rules

17   were followed, these were regulatory rules that were

18   changing and that were not being communicated in an

19   effective manner.  And that has to be juxtaposed against

20   knowingly, intentionally, purposely deriving -- devising a

21   scheme from the get-go to defraud the government, which is

22   not what happened here.  It is not what happened.

23        So, a failure to follow all of these regulatory

24   rules "To the T' the way that they had been set up to be

25   done up to the pandemic and during the pandemic when they

6472

1    were not being communicated, when they were not being

2    effectively administered by those in charge of administering

3    them, when the government agency that had the function of

4    understanding them, making sure that the sponsors understood

5    them, then making sure that the people working under them

6    understood them, was a complete and utter breakdown and a

7    failure at each and every one of those levels.  And now at

8    the bottom end, those that felt that they were able to do

9    what they were doing are being charged with crimes.  Serious

10   crimes.

11          Noncongregate meal service.  Area eligibility.

12   Mealtime flexibility.  Parent/guardian pickup waiver.

13   Extension of the waiver to allow Summer Food Service

14   Program, which again, has some slightly different rules than

15   Child and Adult Care Food Program and what was required.

16          The Summer Food Program, for example, didn't

17   require that it -- there be a nonprofit aspect that's

18   running an after-school program.  That's not how that one

19   worked.  One of the waivers was extending the opportunity to

20   apply for serving food under that program.

21          And even the activity requirement of the CACFP.

22   Again, a big, broad brush, that was meant to be for

23   children.  They're supposed to be a nonprofit that's

24   actually providing an after-school activity.  That's not how

25   it worked during this time.  Yes, in the ideal structure of

6473

1    these rules, that's how it was to work and that's how it's

2    to work now.  But during this time, those rules were

3    changed.

4          My client didn't change the rules.  My client

5    didn't fully understand the rules.  My client wasn't trained

6    in the rules.  My client wasn't fully communicated on how he

7    was to apply the rules.  My client is a first generation

8    immigrant who was running a market and cuisine, his dream,

9    in Shakopee before all this started.  He didn't create what

10   was happening on the ground, but he's being held to account

11   for it.

12         So these -- idea that this was just meant for

13   children, there had to be a nonprofit with an after-school

14   activity, those rules were not fully applicable or they

15   certainly were rapidly changing to the point that MDE

16   couldn't even get their head around them.  That's why there

17   was infighting.

18         You heard that Emily Honer's superiors didn't

19   agree with her and didn't support what she was doing.  The

20   bosses.  Her bosses.  Why is that important?  Because when

21   there was that much chaos about how you were to understand

22   these rules, how they were to be applied, and what you could

23   or could not do, there was complete chaos at MDE.  There

24   certainly was chaos at these sponsors.  My client didn't

25   fully understand and wasn't communicated with.  And that's

1   not knowingly, purposefully, and intentionally trying to

2   devise a scheme to defraud.

3        Again, as my colleague mentioned, the FBI was

4   first put on notice of potential issues eleven months before

5   search warrants were conducted.  Ten, at least nine if not

6   ten months, prior to when a case was opened.

7        And here's the critical piece.  As Mr. Birrell

8   stated, two things happened.  They met with Emily Honer and

9   she provided them the places -- people, places, and things

10  she was concerned about and some of the documentation needed

11  to investigate and who they would need to go to get the

12  documentation needed to actually investigate, and if

13  something wasn't being done properly, put a stop to it.

14  That didn't happen.

15        Instead, over the course of ten months, eleven

16  months, Ms. Roase was doing some accounting work on the back

17  end, getting subpoenas for bank records so they could follow

18  the money.  But no one was going to the places.  They were

19  on notice of where the issues potentially were.  No one was

20  going there and saying, What do I see?  They did -- I think

21  there was some passive comment that "We did some drive-bys."

22  Where did you drive by?  What sites?  What day?  What time?

23  Who was it?  Was there reports drafted about it?  Did you

24  take any photographs?  Did you talk to anybody?  Did you

25  attempt to see if someone was leaving with a bag of food and

1    find out what this process was?  Did you do anything?  No.

2    Nothing.  Then do it.  That's embarrassing.

3         This is the Federal FBI.  They have unlimited

4    resources.  Instead, they traipse people in here two or

5    three years later who may not have even been at the location

6    at the right time at each one of these sites.

7         And by the way, there were 50.  They only brought

8    in a few?  A lot of those, you'll be able to see the charts,

9    where some of the ones that were ran for the shortest period

10   of time.  Some of these other sites like Samaha, which I'll

11   get to in a little bit, was ran everything month through in

12   the whole thing.  We didn't have a witness from them

13   testifying that no food was served or a little bit of food

14   was served or that no one was on site.  And no one went out

15   to these places during this eleven-month period to see what

16   was going on.  That's not investigation.

17        Any functional investigation would have had some

18   level of surveillance.  And, again, at all different times.

19   Like the weekend.

20        You heard some testimony that a lot of this

21   happened on the weekend.  Most of these people that came in

22   to testify weren't even there on the weekend.  And on top --

23   I mean, Falon Wanless was one of the site individuals.  She

24   was interviewed while this trial was happening and then had

25   the opportunity to review newspaper articles before she came

1    in and testified, which completely poisons the water.  That

2    is not evidence that's credible and can be relied upon.

3            When the FBI, the Federal Bureau of Investigation,

4    had eleven months to actually do a fulsome and legitimate

5    investigation of the places -- time, place, purpose, event,

6    of these men who are on trial, my client, what he was doing,

7    what he wasn't doing, who was getting what, was it being

8    delivered.

9            "Did you conduct physical surveillance?  A few

10   drive-bys."  Could have.  Didn't do it.

11           "Did you interview people at the actual

12   contemporaneous time where this was allegedly happening or

13   not happening?"  Could have done it.  Didn't do it.

14           "Did you collect surveillance cameras during a

15   time when they'd actually be worth something evidentiary and

16   we could see what was or wasn't happening at these site

17   locations?"  Could have done it.  Didn't do it.  Or there

18   certainly isn't any evidence that was presented.

19           "Did you send any undercover customers or your own

20   agents to determine whether food was being distributed?  How

21   much was being distributed?  How it was being distributed?

22   Who was doing the determination as to what information was

23   being obtained from those that were obtaining it?"  Could

24   have done it.  Didn't do it.  It's embarrassing.  It's

25   embarrassing that they brought all these people in a month

1     or two before trial.  They weren't even there always on the

2     days where it would have been relevant.  Embarrassing.

3             We talked about Falon Wanless.  They went

4     incessantly about Tot Park.  The food didn't happen at Tot

5     Park.  It was at Mary's Montessori, which was right nearby

6     there.  And we also know that Bill Petracek, who was, again,

7     someone who was interviewed right before trial and clearly

8     was angry and had made up his mind that crimes had been

9     committed and nothing like this could have happened.

10            It didn't happen at Tot Park, and I'll talk about

11     that, or The Landing.  And whether or not that rises to the

12     level of fraud or whether that rises to the level of a

13     regulatory rule violation, for which they have other civil

14     remedies to secure legal recourse from these men.

15            David Hamilton, Cedar Culture Center,

16     Cedar-Riverside.  He didn't live anywhere near there.  He

17     worked there but he wasn't there on the weekends when this

18     stuff was happening.  His testimony is frankly irrelevant,

19     especially when it is juxtaposed against how you would

20     actually thoroughly, properly and expect the Federal Bureau

21     of Investigation to conduct themselves and present evidence

22     in a trial of this magnitude and importance.

23            Misleading.  We brought in Bill Menozzi from the

24     Shakopee School District to talk about what the schools were

25     doing.  There's a few ways how this can be misleading and

1     really not relevant to what's being determined here.

2              First of all, Mr. Menozzi was testifying primarily

3     about an entirely different program.  The School Nutrition

4     Program, often called the "School Lunch Program", which has

5     now been codified into law since all of this, is not the

6     same program with the same rules, with the same

7     requirements, as the Summer Food Service Program or the

8     Child and Adult Care Program.  Mr. Goetz had cross-examined

9     Mr. Menozzi on that factor.  There it's apples to oranges

10    being compared here.

11             On top of that, and here's partially how we'd

12    know, essentially he talked about this happened in Shakopee,

13    where this all started with my client in where there was a

14    number of sites.  That there was, during the summer, right

15    after the pandemic hit, when the kids had to go home,

16    through that summer and again all the way through the next

17    summer, an opportunity for kids to pick up lunches at the

18    schools.  And they sent out a school bus with essentially

19    bags of unitized meals.  Much the same way that you heard

20    that our clients would complete that process.

21             However, those meals, again different program,

22    different rules.  The most kids that ever came were I think

23    5 or 600 at the high school.  The typical attendance was

24    300.  I think, I don't remember the exact number, it was

25    around 7,000 kids in that school district.  That didn't

1   include kids one to five.  And it didn't include private

2   school kids.  It didn't include home-schooled kids.  And

3   really it's not relevant, the school district, because these

4   were open sites.  That was one of the waivers.

5          So let me give you an example.  If you're a Somali

6   community and you have a mosque like the Samaha Mosque in

7   Shakopee, that mosque probably and does service Somali

8   children from multiple communities in the surrounding area.

9          So if families were going to the mosque to get

10  their food and they were getting much different food than

11  the SunButter sandwich, chips, and an apple, like Mr.

12  Menozzi testified to, that wouldn't be accounted for in his

13  testimony.

14         These were open sites.  Kids could come from

15  multiple areas.  And frankly, his testimony supports it

16  doesn't in any way denigrate what was actually happening.

17         In addition to that, children certainly or

18  families, because the parents would be the ones that went to

19  pick up food, there'd be nothing stopping someone from

20  getting a SunButter sandwich at 11 and going and getting a

21  meal at the mosque when you went to Islamic school, for

22  example, for your children, and later on getting bags full

23  of hardy food.  Again, this isn't about whether rules were

24  violated on exactly how it was supposed to be done.  This is

25  about whether it happened at all and whether it was fraud.

1    Let's make no mistake about that.

2         So some of this is misleading when you start

3    talking about school district numbers versus what really

4    happened here.

5         There was also, even in the closing argument we

6    kept hearing about number of children served.  This was not

7    a program reimbursed on number of children.  It was

8    reimbursed on number of meals.

9         So any time we bring up the word "children" that

10   can, without doing all the math perfectly properly, which

11   didn't happen here, wasn't 18 million children.  Even up to

12   the closing argument, that's been misleading.  That's been

13   misleading throughout this entire case.

14        Meals.  And meals included a snack even.  So

15   breakfast, lunch, snack, supper.  We don't convict people

16   based upon conjecture, fiat, and misleading information.

17        Another misleading contention or at least

18   implication that has been made is that all of the child

19   nutrition money was to be spent on food and on children.

20   That's not even how it works right now or at any point in

21   time.  You know and you heard, there's vendors that are

22   involved in this program even now.  They've been to day

23   cares and schools.

24        So the idea that every single dollar that was paid

25   by MDE was dollar for dollar to be spent on food for

1   children is misleading and not true.  It's simply not true.

2   The way our system works is now -- and it's happened more

3   and more, is we subcontract.  There's a business or a school

4   or a governmental entity and there's usually many layers.

5   Each layer having a role in how a product gets from a

6   manufacturing plant to the mouth of a child or to the

7   individual who is receiving it.  There's many, many steps in

8   that process.  And it's built in even without -- well, it's

9   built in that there's profit.  That's what incentivizes

10  people to get involved and actually deliver the product.

11  And their incentive is to have the highest margin, we all

12  know what a margin is, as they can.  That's not fraud.

13  That's misleading you to imply that.

14          Only a couple of things about Hadith Ahmed,

15  because Mr. Ismail is not charged in any bribery count but

16  his stain is all over this trial.

17          Hadith Ahmed is not a credible person and -- I

18  mean, I can't get this out of my head.  You know, he was

19  very -- because he was so versed in how well he had been

20  practiced on what he was supposed to say in the twelve

21  meetings prior to testifying but when it came to the

22  cross-examination his head went down like [indicating].

23  He'd look up at you like this [indicating].  You know, he

24  had just got done testifying for quite some time about all

25  the fraud he had been committing, all the lies he had

1    engaged in, and now he was a reformed man because he wanted

2    to get a lesser prison sentence.

3         When I simply said, You were pretty well-versed in

4    lying.  "That's a lie."  He wasn't credible.  But what's

5    more important about his testimony is it makes no sense,

6    like Mr. Birrell said.  This idea that getting a VIP

7    treatment and having your claims processed faster is somehow

8    a kickback is ridiculous.

9         More importantly, generalized statements, like was

10   just put up in the closing statement, should be treated with

11   skepticism.  He was the supervisor of site supervisors.  But

12   all he did was say, We didn't go out to any sites.  We

13   didn't look at anything.  What specifics were provided?

14   What sites did he not go out to?  When did he not go out

15   there?  Who did he not talk to?  What forms did he not talk

16   look at?  Who did he specifically inform they shouldn't look

17   at them?  What other information other than him essentially

18   stating everything was fraud.  There was a bank.  And

19   everybody should just believe me that all kinds of fraud was

20   happening.  Again, that's not evidence.  It's not credible

21   and it's not evidence.

22        Agent Pitzen didn't have much to do with Mohamed

23   Ismail at all.  I will point out, you know, he -- we spent

24   two days essentially having texting -- WhatsApp messages

25   read back and forth to us and we heard Birrell more times

1    than I'll ever want to hear again in my life.  I'm sure Mr.

2    Thompson doesn't ever want to say it again.  But what he

3    didn't do was fully present a complete picture of all of the

4    e-mails, as was stated by Mr. Birrell, and it was clear that

5    somebody might have done that, but we don't know who and it

6    certainly wasn't presented in this courtroom, the work

7    e-mails.  The ones that actually talked about the menus and

8    the meal counts and what was supposed to be going on here,

9    as opposed to spending the whole time following the money in

10   the WhatsApp, which is how are we spending our money?

11   That's the entire government's case here.  They're

12   presenting one side of the coin, which we'll bring that home

13   when we get to Ms. Roase and her analysis.

14        It should be notable that multiple devices were

15   seized from my client's house.  They had an opportunity to

16   review for any messages anything that might be relevant in

17   this case.

18        The one piece of testimony that is most relevant

19   to Mr. Ismail is that Agent Pitzen said the vast majority of

20   the communications involving him related to the day-to-day

21   operation of the cuisine and market in Shakopee, which is

22   exactly what I told you in my opening was primarily what he

23   was doing.  Not all.  Not disavowing his involvement in any

24   way, but primarily he was running the market and cuisine.

25        And that's supported by the fact that when looking

1    at his electronics, which is essentially all the evidence

2    that that's what the communications were involving him.

3              An incomplete and unfair financial analysis.  Ms.

4    Roase wasn't testifying as an expert witness but she gave a

5    number of opinions.

6              The one that the government wants you to accept as

7    gospel is there wasn't enough food purchased to support the

8    reimbursement claims made.

9              Ladies and gentlemen of the jury, that was a

10   statement.  In fact, it was a statement made with an

11   attitude at certain times.  That wasn't evidence.  She

12   didn't testify as an expert witness.  She hadn't written a

13   report.  She hadn't laid foundation for that statement.

14   It's not evidence.  It should not be even considered as such

15   and here's why it's so important.

16             Essentially what's happened here is the government

17   showed you one side of the ledger.  I'm horrible.  I had to

18   remember running -- I literally dropped out of stats at the

19   U of M.  I'm not good at that stuff.  But what I do know is

20   there's two sides, the inputs and the outputs.  And how they

21   get categorized and how they're interpreted is critical in a

22   case like this.  And when you do not -- what did not happen

23   here, as Mr. Birrell stated, you were not presented with

24   exactly mathematically the formula how many servings -- how

25   many servings that are subject to reimbursement were

1    purchased.  Saying there's not enough and just showing you

2    the difference in the two numbers is not proof beyond a

3    reasonable doubt.

4           That ends this case.  That should end this case

5    right there.  They didn't do it.  They chose not to do it.

6    They chose not to do it.  She was on this witness stand.

7    She said, I think we've looked into that.  Someone might

8    have looked into that.  That is not fair.  That is not

9    presenting you a clear picture.  That's not presenting you

10   the whole picture.  Whether it was 3 million, 5 million, 7

11   million, 1.5 million, they didn't show you -- there's a --

12   it's a reimbursement program.  The federal government sets

13   the rate per item.  You buy in bulk at wholesale.  There's

14   math, basic math, as to how that equates into serving sizes.

15   And you can speculate, you can assume even, that this

16   doesn't make sense, 30 million to 3 or 40 million to 7, that

17   doesn't seem like that would add up.  And that's all they

18   gave you.  That's what the government gave you in this case.

19   It doesn't add up.  That is not proof beyond a reasonable

20   doubt.  That is not telling you the whole picture.  That is

21   not fair.  That is not how we do things.

22          And, yeah, I'm getting a little worked up.  And

23   it's not our responsibility to prove it to you.  It's theirs

24   and they didn't do it.  And they chose not to do it or they

25   chose not to present it to you.

6486

1          Not enough food.  Little to no food.  All they did

2     was follow the money and how it was spent.  That's the red

3     meat.  They threw you a bunch of red meat and said, Hey this

4     food was for kids and look at what these guys did with it.

5     And they want you to go gnaw on that red meat but they

6     didn't prove to you the other side of the ledger, period.

7     That should end this case.

8          P-11, that's Kara Lomen.  She's not sitting in

9     here indited charged with anything.  That's a missing link

10    in this case.  She's the one that runs the black box as to

11    how claims are actually submitted and reimbursed.  She's not

12    here.  There was not sufficient evidence testified as to

13    whether she -- what was her specific role in actually

14    submitting these claims, reviewing them, sending them back

15    and saying, This doesn't make sense.  You can't submit

16    these, Mr. Ismail.  You're doing it wrong.  I'm not going to

17    provide these to MDE for reimbursement.  She's a missing

18    link.  That should end this case.

19         I know I have to speed up.  We all agreed one hour

20    to try to respect your time and it goes by fast.

21         Regulatory rule violations are not the fraud.  How

22    they were interpreted, communicated, the importance of them

23    and certainly in hindsight looks real bad.

24         Mr. Ismail didn't personally deal with the

25    rosters.  You didn't see him submitting e-mails with

1    rosters.  Nevertheless, the rosters didn't even come into

2    effect until about a year into this thing.  Before that,

3    they weren't -- at least January, so maybe it wasn't a full

4    year.

5          At the end of the day, that wasn't devising a

6    scheme or plan.  They had already had a big operation going

7    for a long time and they had spent a ton of money and they

8    were doing things.

9          And with regard to the rosters, that's not the

10   fraud here.  They're claiming these people didn't buy the

11   food, they didn't serve the food, and they didn't serve

12   anywhere near the amount of food.  That's what the real

13   allegation is.  Don't be fooled by the rosters.

14         Same with the site longitude/latitude.  Yes, there

15   was a few of the locations like The Landing, Empire was

16   right up the road, for example.  They haven't confirmed

17   because they never went out when they could have and

18   determined was the food being served outside of The Landing.

19         If you look at The Landing, that was another one

20   they spent a ton of time on, put maps on, brought two

21   witnesses in for.  I think there's maybe three or four

22   months total where that was even one of the operating sites,

23   as opposed to some of these other locations that ran for the

24   entire time, like the mosques where a lot much larger claims

25   were made from.

6488

1          So, again, whether they were not doing, you know,

2    Mary's Montessori versus Tot Park, whether they were doing

3    it at the exact locations, site, longitude/latitude, isn't

4    the fraud here.  And Mr. Ismail didn't have anything to do

5    with the rosters as far as submitting them.

6          Ladies and gentlemen, I have to try to wrap up.  I

7    have five minutes.  And, you know, like the person before

8    me, I have some more sheets that I'm going to have to skip.

9          You heard about Mr. Ismail's story in the opening.

10   What we do know is he bought his house in 2014.  He had a

11   mortgage.  He was paying on it.  They started a business,

12   Empire Gas and Grocery in 2018.  That business was still one

13   of the operating businesses during this time.  It wasn't a

14   shell company.  It was his dream.  He'd worked his butt off

15   for.

16         Empire Cuisine & Market was a second LLC set up.

17   It was an operating business.  It wasn't something that was

18   just nonexistent.  There was two sides to it.  There's a

19   restaurant.  There's a market.  Okay.

20         We talked a bit about business practices.  People

21   can set up multiple LLCs and the way small businesses often

22   do it is sometimes they'll even have a separate LLC for each

23   building or each parcel of land or certainly each division

24   of their business, like, for example, a restaurant versus

25   the market.  That's how things are done.

6489

1    If you're going to hide something, you don't even

2    register an LLC, you know, and these -- that's not how you

3    do things.  You set up LLCs.  You open bank accounts.  You

4    get EIN numbers.  You use W-9s.  You use 1099s.  All this

5    stuff that you've heard about in this case.  That's trying

6    to run a legitimate business.

7    I didn't even get to the fact thing, but again

8    with Ms. Roase, we walked through some of the expenses for a

9    long period of time.  Ryder trucks, rentals, in order to do

10   the transport until they could buy the trucks at Boyer.  And

11   then they tried to come in here and mislead you that somehow

12   that was one of the money launderings, is that money that

13   you were using to reinvest in your operation was somehow

14   laundering that money.

15   With regard to the substantive counts against Mr.

16   Ismail, wire fraud, Count 2, was June 1st, 2022, an e-mail

17   was submitted.  That was the first month of this.  That was

18   before there was rosters being submitted.  That was Samaha

19   Islamic Center, 300 meals.  There's not one bit of evidence

20   that was presented here other than they applied for it and

21   they submitted the claims that those meals weren't served.

22   There wasn't any evidence that that first month

23   then that those meals weren't served, that they were

24   unreasonable.  Samaha Islamic Center was right down the road

25   from Empire Cuisine & Market and my client was on that

1   communication.  Those meals were served and it certainly

2   hasn't been proven otherwise.

3         Conspiracy to commit money laundering.  This was

4   gone over briefly by my colleague.  There wasn't shell

5   companies here, ladies and gentlemen.  Shell companies are

6   when it's a shell that has no assets, has no functioning

7   purpose whatsoever.

8         Each one of the businesses that my client was

9   involved in, Empire Cuisine & Market, Empire Gas and

10  Grocery, and MZ Market had accounts.  Had registrations with

11  the state.  Had product.  Had inventory.  Had employees.

12  Money was being spent and money was being obtained.  That's

13  not a shell company.

14        All of the lawyers came from my client's personal

15  account.  To wire money, you must go to the bank and

16  actually present identification so that you can wire that

17  money.  That's not concealing anything.  That is not

18  concealment.  Without concealment, there's no conspiracy.

19  Not guilty.

20        There's no straw purchasers.  Ms. Lacramioara

21  couldn't indicate that there was any -- when specifically

22  asked, that she observed concealment.  The one thing she

23  could bring up was this embarrassing Boyer truck thing,

24  which was simply reinvesting the money into the trucks to

25  deliver.

1          Lastly, there's two jury instructions that I'd ask

2     you to consider.  Good faith and willful blindness.  Two

3     important things that I'd ask you to consider.

4          One, good faith requires that they prove that

5     there was a criminal intent.  It's a big, long instruction

6     but I'm going to boil it down to what I tell my

7     nine-year-old.

8          And secondly, and it kind of goes juxtapose to

9     that, you can't just turn a blind eye, that's willful

10    blindness but you also can't be convicted for knowingly

11    doing something if you acted recklessly, carelessly, by

12    mistake of question or fact.  So even if what Mr. Ismail was

13    reckless or careless in your opinion, that is not in and of

14    itself enough.

15         I usually have a long spiel about reasonable doubt

16    but my time's coming short, so I'm gonna just going to say

17    this.

18         Folks, it's our most important decisions that you

19    make in your life.  You've heard about lawsuits,

20    preponderance of the evidence.  That could happen here.

21    Clawbacks.  There's ways to seek remedies against what's

22    happened here that isn't criminal.  The burden of proof is

23    higher, and for a reason.  The most important decisions you

24    make, I'd submit to those and I'd ask you to consider the

25    ones you can't take back, because you can't take back this

1  one.

2         I'm going to end like this.  I'm going to simply

3  say, I think we got a laugh when I said I'm not an angry

4  man.  And you can see I'm not but I'm a passionate person.

5  And I'm not pounding the table for no reason, it just wells

6  up in me.  And I'm passionate about this process.

7         I have an enormous amount of respect for everybody

8  in this room.  But each and every one of you, we all owe you

9  a debt of gratitude for what you've done and are doing.  I'd

10 just ask that you exercise your duty fairly.

11        Thank you very much.

12        THE COURT:  Thank you, counsel.  At this time

13 we'll take our lunch break and we'll come back at 2:05.  All

14 rise for the jury.

15        (Jurors excused)

16        (Court recessed at 1:04 p.m.)

17           *          *          *

18              REPORTER'S CERTIFICATE

19

20

21        I certify the foregoing pages of typewritten
   material constitute a full, true and correct transcript of
   my original stenograph notes, as they purport to contain, of
22 the proceedings reported by me at the time and place
   hereinbefore mentioned.

23

24        /s/Lynne M. Krenz
          Lynne M. Krenz, RMR, CRR, CRC
25